# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Cognizant Trizetto Software Group, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-2158 |
| Infosys Limited | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Infosys Limited                                                                                                            .

Date:   08/26/2024

/s/ Paul B. Rietema
*Attorney's signature*

Paul B. Rietema, Bar No. 24133324
*Printed name and bar number*

Jenner & Block LLP
425 Houston Street, Suite 250
Fort Worth, Texas 76102
*Address*

prietema@jenner.com
*E-mail address*

(312) 840-7208
*Telephone number*

(312) 840-7308
*FAX number*