**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>INFOSYS LIMITED,<br><br>    Defendant. | Case No. 3:24-cv-02158-X<br><br>The Honorable Brantley Starr |
| INFOSYS LIMITED,<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>    Counterclaim Defendants. | |

**APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF INFOSYS LIMITED'S
MOTION (1) TO COMPEL PROPER TRADE SECRET IDENTIFICATION AND
(2) FOR PROTECTIVE ORDER SEQUENCING DISCOVERY
DEPENDENT ON THE IDENTITY OF THE TRADE SECRETS AT ISSUE**

Pursuant to Local Civil Rule 7.1(i), Defendant Infosys Limited ("Infosys") respectfully submits this Appendix of Documents in Support of its Motion (1) to Compel Proper Trade Secret Identification and (2) for Protective Order Sequencing Discovery Dependent on the Identity of the Trade Secrets at Issue.

| Exhibit No. | App'x | Description |
|---|---|---|
| A | 1-7 | Declaration of Lindsey A. Lusk |
| 1 | 8-19 | November 14, 2024 email from L. Lusk to E. McCloskey, et al. |
| 2 | 20-30 | Plaintiff Cognizant TriZetto Software Group, Inc.'s First Set of Interrogatories to Defendant Infosys Limited (November 14, 2024) |
| 3 | 31-45 | Plaintiff Cognizant TriZetto Software Group, Inc.'s First Set of Requests for Production of Documents to Defendant Infosys Limited (November 14, 2024) |
| 4 | 46-48 | November 18, 2024 email from L. Lusk to C. Myrold, et al. |
| 5 | 49-55 | Plaintiff Cognizant TriZetto Software Group, Inc.'s Initial Disclosures (December 9, 2024) |
| 6 | 56-57 | December 17, 2024 email from L. Lusk to E. McCloskey, et al. |
| 7 | 58-65 | Plaintiff Cognizant TriZetto Software Group, Inc.'s Amended Initial Disclosures (December 23, 2024) |
| 8 | 66-84 | Plaintiff Cognizant TriZetto Software Group, Inc.'s Responses and Objections to Defendant Infosys Limited's First Set of Interrogatories (December 23, 2024) |
| 9 | 85-144 | Plaintiff Cognizant TriZetto Software Group, Inc.'s Responses and Objections to Defendant Infosys Limited's Requests for Production of Documents (December 23, 2024) |
| 10 | 145-147 | December 24, 2024 email from L. Lusk to A. ElDessouki, et al. |
| 11 | 148-153 | December 31, 2024 letter from L. Lusk A. ElDessouki |
| 12 | 154-158 | January 9, 2025 letter from L. Lusk to A. ElDessouki |
| 13 | 159-176 | Infosys Limited's Answers and Objections to Cognizant TriZetto Software Group, Inc.'s First Set of Interrogatories to Infosys Limited (January 13, 2025) |
| 14 | 177-235 | Defendant Infosys Limited's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents to Defendant Infosys Limited (January 13, 2025) |
| 15 | 236-243 | January 15, 2025 letter from L. Lusk to C. Myrold, et al. |
| 16 | 244-248 | January 16, 2025 email from C. Myrold to L. Lusk, et al. |
| 17 | 249-270 | December 6, 2024 email from L. Lusk to C. Myrold, et al. |
| 18 | 271-273 | December 12, 2024 email from E. McCloskey to L. Lusk, et al. |
| 19 | 274-276 | December 26, 2024 email from L. Lusk to E. McCloskey, et al. |
| 20 | 277-285 | January 9, 2025 email from L. Lusk to C. Myrold, et al. |
| 21 | 286-295 | January 16, 2025 email from R. Brass to L. Lusk, et al. |
| B | 296-298 | Declaration of Kelly M. Morrison |

Dated: January 17, 2025

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Brent Caslin
Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice* pending)
Kelly M. Morrison (*pro hac vice*)
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Paul B. Rietema (Bar. No. 24133324)
Laura E. Pelanek (*pro hac vice*)
Lindsey A. Lusk (*pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
PRietema@jenner.com
LPelanek@jenner.com
LLusk@jenner.com

Douglas E. Litvack (*pro hac vice* pending)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com

*Attorneys for Defendant and Counterclaim
Plaintiff Infosys Limited*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of January, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the Northern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

Dated: January 17, 2025                    <u>/s/ Brent Caslin</u>