# EXHIBIT 4

| | |
|---|---|
| **From:** | Lusk, Lindsey A. |
| **To:** | Myrold, Christina; Caslin, Brent; Morrison, Kelly M.; Pillay, Shoba; Rietema, Paul B.; Pelanek, Laura E. |
| **Cc:** | *** CognizantInfosys |
| **Subject:** | RE: TriZetto v. Infosys - Discovery Requests |
| **Date:** | Monday, November 18, 2024 9:39:00 AM |

Thank you, Christina.

I previously discussed with Elizabeth Cognizant's willingness to extend to us the same three-week extension we agreed to for Cognizant to respond to our discovery requests. Given the holidays, I am confirming now that we will accept the offer and take a three week extension to our response deadline for these.

Thanks,
Lindsey

**From:** Myrold, Christina <CMyrold@gibsondunn.com>
**Sent:** Thursday, November 14, 2024 6:03 PM
**To:** Caslin, Brent <BCaslin@jenner.com>; Morrison, Kelly M. <KMorrison@jenner.com>; Pillay, Shoba <SPillay@jenner.com>; Rietema, Paul B. <PRietema@jenner.com>; Pelanek, Laura E. <LPelanek@jenner.com>; Lusk, Lindsey A. <LLusk@jenner.com>
**Cc:** *** CognizantInfosys <CognizantInfosys@gibsondunn.com>
**Subject:** TriZetto v. Infosys - Discovery Requests

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Counsel,

Please see the attached for service.

Best,

**Christina Myrold**
Associate Attorney

T: +1 925.451.6755
CMyrold@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without

47

express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

48