# EXHIBIT 6

| | |
|---|---|
| **From:** | Lusk, Lindsey A. |
| **To:** | McCloskey, Elizabeth K.; CognizantInfosys@gibsondunn.com |
| **Cc:** | Pillay, Shoba; Caslin, Brent; Morrison, Kelly M.; Pelanek, Laura E. |
| **Subject:** | Cognizant v. Infosys - Meet and Confer Request |
| **Date:** | Tuesday, December 17, 2024 1:08:50 PM |

Elizabeth,

I write to address the initial disclosures served by Cognizant on December 9, 2024. Pursuant to Federal Rule of Civil Procedure 26(a)(1), Cognizant was obligated to disclose "each individual likely to have discoverable information," a description "of all documents" that Cognizant "has in its possession, custody, or control and may use to support its claims," and "a computation of each category of damages." Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii). For a number of reasons, Cognizant's initial disclosures fail to comply with the Federal Rules of Civil Procedure and are, thus, deficient.

Accordingly, we request a meet and confer to discuss these deficiencies and Cognizant's willingness to remedy them. Please let me know when you are available to meet this week.

Thanks,
Lindsey

**Lindsey A. Lusk**

**Jenner & Block LLP**
353 North Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 840 7367   |   Tel
+1 312 982 6752   |   Mobile
Pronouns : She / Her
LLusk@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system