# EXHIBIT 10

| | |
|---|---|
| **From:** | Lusk, Lindsey A. |
| **To:** | ElDessouki, Ahmed; McCloskey, Elizabeth K.; *** CognizantInfosys |
| **Cc:** | Pillay, Shoba; Caslin, Brent; Morrison, Kelly M.; Pelanek, Laura E. |
| **Subject:** | RE: Cognizant v. Infosys - Discovery Responses; Amended Initial Disclosures |
| **Date:** | Tuesday, December 24, 2024 1:32:52 PM |

Hi Ahmed,

Thank you for sending these documents yesterday. We would like to schedule a time to meet and confer after the holiday to discuss these as well as Cognizant's discovery requests to Infosys. Please let me know if you are available to meet and confer later this week or early next week. My schedule is very flexible so I can make myself available whenever is convenient.

Happy holidays.

Thanks,
Lindsey


**Lindsey A. Lusk**

**Jenner & Block LLP**
353 North Clark Street
Chicago, IL 60654-3456   |   jenner.com
+1 312 840 7367   |   Tel
+1 312 982 6752   |   Mobile
Pronouns : She / Her
LLusk@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

**From:** ElDessouki, Ahmed <AElDessouki@gibsondunn.com>
**Sent:** Monday, December 23, 2024 8:37 PM
**To:** Lusk, Lindsey A. <LLusk@jenner.com>; McCloskey, Elizabeth K. <EMcCloskey@gibsondunn.com>; *** CognizantInfosys <CognizantInfosys@gibsondunn.com>
**Cc:** Pillay, Shoba <SPillay@jenner.com>; Caslin, Brent <BCaslin@jenner.com>; Morrison, Kelly M. <KMorrison@jenner.com>; Pelanek, Laura E. <LPelanek@jenner.com>
**Subject:** Cognizant v. Infosys - Discovery Responses; Amended Initial Disclosures

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Counsel,

Please see attached TriZetto's responses and objections to Infosys's First Set of RPFs and

146

Interrogatories, and TriZetto's Amended Initial Disclosures.

Kind regards,
Ahmed

**Ahmed ElDessouki**
Counsel

T: +1 212.351.2345
AElDessouki@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---