# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>Defendant. | Case No. 3:24-cv-02158-X<br><br>The Honorable Brantley Starr |
| INFOSYS LIMITED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Counterclaim Defendants. | |

## DECLARATION OF KELLY M. MORRISON

I, Kelly M. Morrison, hereby declare as follows:

1. My name is Kelly M. Morrison. I am over the age of 18 years of age. I am fully competent to make this declaration. Unless otherwise stated, all the facts stated herein are within my personal knowledge and are true and correct.

2. I am an attorney with the law firm Jenner & Block LLP. I am licensed to practice in in California, Virginia, and the District of Columbia and am admitted *pro hac vice* to this Court for this matter.

3. I participated in the Parties' meet and confer on January 3, 2025. The January 9, 2025 letter attached to the concurrently-filed Declaration of Lindsey A. Lusk as **Exhibit 12**, which I reviewed before it was sent to Cognizant's counsel, is consistent with my recollection and understanding of the parties' positions during the January 3, 2025 meet and confer. The statements in Paragraphs 14 and 15 of Ms. Lusk's Declaration regarding the January 3, 2025 meet and confer are also consistent with my recollection.

4. I participated in the Parties' meet and confer on January 10, 2025. The January 15, 2025 letter attached to the concurrently-filed Declaration of Lindsey A. Lusk as **Exhibit 15**, which I reviewed before it was sent to Cognizant's counsel, is consistent with my recollection and understanding of the parties' positions during the January 10, 2025 meet and confer. The statements in Paragraph 17 of Ms. Lusk's Declaration regarding the January 10, 2025 meet and confer are also consistent with my recollection.

I declare under penalty of perjury under the laws of the United States that the foregoing information is to the best of my knowledge true and correct.

Executed in Charlottesville, Virginia, on January 17, 2025.

By: /s/ Kelly M. Morrison
Kelly M. Morrison