IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. | Case No. 3:24-cv-2158-X <br><br> The Honorable Brantley Starr <br><br> Magistrate Judge David L. Horan |
| INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc., Counterclaim Defendant Cognizant Technology Solutions Corp., and Defendant and Counterclaim Plaintiff Infosys Limited (collectively, the "Parties") respectfully move for entry of the Protective Order attached hereto as Exhibit 1. In support of this joint motion, the Parties state as follows:

1

Pursuant to Federal Rule of Civil Procedure 26(c), the Parties would like to designate as confidential certain information that they may produce during discovery. Accordingly, the Parties have conferred and agreed upon the terms of the attached Protective Order.

For the foregoing reasons, the Parties respectfully request that the Court grant this joint motion and enter the Protective Order submitted herewith.

| | |
|---|---|
| Dated: February 26, 2025 | Respectfully submitted, |
| /s/ Brent Caslin | /s/ L. Kieran Kieckhefer |
| Brent Caslin (*pro hac vice*)<br>Nick Saros (*pro hac vice*)<br>Kelly M. Morrison (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Tel.: (213) 239-5100<br>BCaslin@jenner.com<br>NSaros@jenner.com<br>KMorrison@jenner.com | L. Kieran Kieckhefer (*pro hac vice*)<br>Elizabeth McCloskey (*pro hac vice*)<br>Christina E. Myrold (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel.: 415.393.8200<br>kkieckhefer@gibsondunn.com<br>emccloskey@gibsondunn.com<br>cmyrold@gibsondunn.com |
| Shoba Pillay (*pro hac vice*)<br>Paul B. Rietema (SBN 24133324)<br>Laura E. Pelanek (*pro hac vice*)<br>Lindsey A. Lusk (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel.: (312) 222-9350<br>SPillay@jenner.com<br>PRietema@jenner.com<br>LPelanek@jenner.com<br>LLusk@jenner.com | John T. Cox, III (SBN 24003722)<br>Betty Yang (SBN 24088690)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue Suite 2100<br>Dallas, TX 75201-2923 USA<br>Tel.: 214.698.3226<br>byang@gibsondunn.com<br>tcox@gibsondunn.com |
| Douglas E. Litvack (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>DLitvack@jenner.com | Ahmed ElDessouki (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Ave.<br>New York, NY 10166<br>Tel.: (212) 351-2345<br>aeldessouki@gibsondunn.com |
| *Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited* | *Attorneys for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp.* |

## CERTIFICATE OF CONFERENCE

Pursuant to Northern District of Texas Local Civil Rule 7.1(b), I certify that on February 26, 2025, I conferred with Laura Pelanek, counsel for Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys"), and she confirmed that Infosys agrees to the relief requested in this motion as well as the Protective Order submitted herewith.

Dated: February 26, 2025                    */s/ Christina E. Myrold*
                                             Christina E. Myrold

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of the filing to all counsel of record.

Dated: February 26, 2025                    */s/ L. Kieran Kieckhefer*
                                             L. Kieran Kieckhefer