IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. | Case No. 3:24-cv-2158-X <br><br> The Honorable Brantley Starr |
| INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | |

**[PROPOSED] ORDER GRANTING COGNIZANT TECHNOLOGY SOLUTIONS CORP.'S AND COGNIZANT TRIZETTO SOFTWARE GROUP, INC.'S MOTION TO DISMISS INFOSYS LIMITED'S COUNTERCLAIM**

Before the Court is Counterclaim Defendant Cognizant Technology Solutions Corp.'s and Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc.'s Motion to Dismiss Infosys Limited's Counterclaim for failure to state a claim upon which relief can be granted.

Having considered Cognizant's Motion and supporting materials, Infosys's opposition to the motion, and all of the files, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Counterclaim Defendants' Motion to Dismiss is **GRANTED** as to all claims and causes of action asserted against all Counterclaim Defendants; and

2. Infosys Limited's Counterclaim is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2025

_____
THE HONORABLE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE