IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>INFOSYS LIMITED,<br><br>        Defendant.<br><br>INFOSYS LIMITED,<br><br>        Counterclaim Plaintiff,<br><br>  v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>        Counterclaim Defendants. | Case No. 3:24-cv-2158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan |

**JOINT MOTION FOR ENTRY OF ORDER REGARDING
<u>DISCOVERY OF ELECTRONICALLY STORED INFORMATION</u>**

Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc., Counterclaim Defendant Cognizant Technology Solutions Corp., and Defendant and Counterclaim Plaintiff Infosys Limited (collectively, the "Parties") respectfully move for entry of the Order Regarding Discovery of Electronically Stored Information, attached hereto as Exhibit 1. In support of this joint motion, the Parties state as follows:

1

Pursuant to Federal Rules of Civil Procedure 26 and 34(c), the Parties conferred and agreed upon the terms of the attached Order Regarding the Discovery Electronically Stored Information.

For the foregoing reason, the Parties respectfully request that the Court grant this joint motion and enter the Order submitted herewith.

Dated: March 14, 2025

/s/ Brent Caslin
Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Paul B. Rietema (SBN 24133324)
Laura E. Pelanek (*pro hac vice*)
Lindsey A. Lusk (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
PRietema@jenner.com
LPelanek@jenner.com
LLusk@jenner.com

Douglas E. Litvack (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com

*Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited*

Respectfully submitted,

/s/ L. Kieran Kieckhefer
L. Kieran Kieckhefer (*pro hac vice*)
Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
Christina E. Myrold (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
kkieckhefer@gibsondunn.com
rbrass@gibsondunn.com
emccloskey@gibsondunn.com
cmyrold@gibsondunn.com

John T. Cox, III (SBN 24003722)
Betty Yang (SBN 24088690)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923 USA
Tel.: 214.698.3226
byang@gibsondunn.com
tcox@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel:  213.229.7000
sliversidge@gibsondunn.com
cwhittaker@gibsondunn.com

2

Casey McCracken (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612
Tel:   949.451.3800
cmccracken@gibsondunn.com

Ahmed ElDessouki (*pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY 10166
Tel.:   (212) 351-2345
aeldessouki@gibsondunn.com

*Attorneys for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp.*

3

**CERTIFICATE OF CONFERENCE**

Pursuant to Northern District of Texas Local Civil Rule 7.1(b), I certify that on March 14, 2025, I conferred with Christina Myrold, counsel for Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys"), and she confirmed that Cognizant agrees to the relief requested in this motion as well as the Order Regarding the Discovery Electronically Stored Information submitted herewith.

Dated: March 14, 2025              *Laura E. Pelanek*
                                    Laura E. Pelanek (*pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of the filing to all counsel of record.

Dated: March 14, 2025              *Brent Caslin*
                                    Brent Caslin (*pro hac vice*)