IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. <br> INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | Case No. 3:24-cv-02158-X <br><br> The Honorable Brantley Starr |

**APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF
INFOSYS LIMITED'S MOTION TO COMPEL
<u>COMPLETE AND VERIFIED RESPONSES TO INTERROGATORIES</u>**

Pursuant to Local Civil Rule 7.1(i), Defendant Infosys Limited ("Infosys") respectfully submits this Appendix of Documents in Support of its Motion to Compel Cognizant TriZetto Software Group, Inc. ("Cognizant") to serve (i) amended responses fully answering Interrogatory Nos. 2, 3, 4, 5, and 9 of Infosys's First Set of Interrogatories to Cognizant TriZetto and (ii) verified responses to all of Infosys's interrogatories.

1

| Exhibit No. | App'x | Description |
|---|---|---|
| A | 1-5 | Declaration of Nick Saros, dated April 24, 2025 |
| 1 | 6-13 | Infosys Limited's First Set of Interrogatories to Plaintiff Cognizant TriZetto Software Group, Inc., dated October 25, 2024 |
| 2 | 14-32 | Plaintiff Cognizant TriZetto Software Group, Inc.'s Responses and Objections to Defendant Infosys Limited's First Set of Interrogatories, dated December 23, 2024 |
| 3 | 33-57 | Cognizant TriZetto Software Group, Inc.'s Amended and Supplemental Responses and Objections to Infosys Limited's First Set of Interrogatories [REDACTED], dated February 20, 2025 |
| 4 | 58-65 | Plaintiff Cognizant TriZetto Software Group, Inc.'s Amended Initial Disclosures, dated December 23, 2024 |
| 5 | 66-77 | L. Lusk Letter to E. McCloskey, et al., dated November 14, 2024 |
| 6 | 78-83 | L. Lusk Letter to A. ElDessouki, dated December 31, 2024 |
| 7 | 84-88 | L. Lusk Letter to A. ElDessouki, dated January 9, 2025 |
| 8 | 89-96 | L. Lusk Letter to C. Myrold, dated January 15, 2025 |
| 9 | 97-103 | L. Lusk Declaration, dated January 17, 2025 |
| 10 | 104-111 | L. Lusk Letter to K. Worden, dated January 22, 2025 |
| 11 | 112-125 | E. McCloskey Email to B. Caslin, dated February 6, 2025 |
| 12 | 126-129 | C. Myrold Email to K. Morrison, et al., dated February 20, 2025 |
| 13 | 130-140 | C. Myrold Email to K. Morrison, et al., dated March 11, 2025 |
| 14 | 141-144 | L. Lusk Letter to A. ElDessouki, et al., February 24, 2025 |
| 15 | 145-148 | C. Myrold Email to L. Lusk, et al., dated January 15, 2025 |
| 16 | 149-152 | K. Morrison Declaration, dated April 24, 2025 |

Dated: April 24, 2025

Respectfully submitted,

By: /s/ Brent Caslin
Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Christopher J. Schwegmann
State Bar No. 24051315
LYNN PINKER HURST &
SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
cschwegmann@lynnllp.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

Douglas E. Litvack (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com

*Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the Northern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ Brent Caslin

Brent Caslin (*pro hac vice*)