UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:24-CV-2158-X |
| v. | § § | |
| INFOSYS LIMITED, | § § | |
| *Defendant.* | § § § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Infosys Limited's Motion to Refer Non-Dispositive Pre-Trial Discovery Matters to Magistrate Judge Horan. (Doc. 95). Cognizant Trizetto Software Group, Inc's response indicates no opposition to the Court preemptively referring all discovery matters to Magistrate Horan as opposed to the Court rather than referring motions on a case-by-case basis. The Court therefore **GRANTS** the motion and refers all non-dispositive pre-trial discovery motions, including Cognizant Trizetto's motion for a protective order at Doc. 101, to Magistrate Horan.

**IT IS SO ORDERED** this the 9th day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE