IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INFOSYS LIMITED,**<br><br>*Defendant.* | Case No. 3:24-cv-02158-X<br><br>Hon. Brantley Starr<br><br>Hon. David L. Horan |
| **INFOSYS LIMITED,**<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>**COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,**<br><br>*Counterclaim Defendants.* | |

**AGREED MOTION TO CONTINUE DEADLINE TO FILE
SUPPLEMENTAL JOINT REPORT AND SUPPLEMENTAL JOINT APPENDIX**

Plaintiff/Counterclaim-Defendant Cognizant TriZetto Software Group, Inc., Counterclaim-Defendant Cognizant Technology Solutions Corp. (collectively, "Cognizant") and Defendant/Counterclaim-Plaintiff Infosys Limited ("Infosys", collectively with Cognizant, the "Parties") agree and jointly request the Court continue their deadline to submit a Supplemental Joint Report and Supplemental Joint Appendix by three days such that the new deadline is Thursday, June 26, 2025. In support hereof, the parties respectfully show as follows:

1. On June 12, 2025, the Court entered an electronic order directing, inter alia, that the parties meet and confer again on certain open discovery matters and submit a Supplemental

1

Joint Report and Supplemental Joint Appendix by Monday, June 23, 2025. ECF No. 119.

2. The parties have met and conferred with respect to Infosys's amended interrogatory responses and are working toward a potential resolution of the remaining disputes relating to those responses.

3. The parties believe a short extension of the deadline to file a Supplemental Joint Report and Supplemental Joint Appendix will allow the parties to either fully resolve their disputes by agreement, or to at least narrow the disputes.

4. The parties have been simultaneously drafting a Supplemental Joint Report, but (a) it remains in flux as the parties negotiate toward a resolution, and (b) the parties presume that the Court would prefer that the parties reach an agreed resolution if possible.

5. Thus, the parties agree that a three-day extension is necessary and appropriate to comply with the spirit and purpose of the Court's order.

6. The current deadline is Monday, June 23, 2025, and the proposed new deadline is Thursday, June 26, 2025.

7. This motion is the first request to extend this deadline. This extension is not sought for purposes of delay.

8. Neither party will be prejudiced if this extension is granted because it is agreed and jointly sought, and the extension is a modest, three-day extension.

## **CONCLUSION**

For the foregoing reasons, the Parties jointly ask the Court to extend the deadline to file a Supplemental Joint Report and Supplemental Joint Appendix, *see* ECF No. 119, by three days such that the new deadline be Thursday, June 26, 2025.

| | |
|---|---|
| DATE: June 23, 2025 | Respectfully submitted,<br><br>*/s/ Christopher J. Schwegmann*<br>**Christopher J. Schwegmann**<br>Texas Bar No. 24051315<br>Email: cschwegmann@lynnllp.com<br>**LYNN PINKER HURST & SCHWEGMANN LLP**<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Telephone: 214-981-3800<br>Facsimile:  214-981-3839<br><br>**Brent Caslin (***pro hac vice***)**<br>BCaslin@jenner.com<br>**Nick Saros (***pro hac vice***)**<br>NSaros@jenner.com<br>**Kelly M. Morrison (***pro hac vice***)**<br>KMorrison@jenner.com<br>**JENNER & BLOCK LLP**<br>515 S. Flower Street, Suite 3300<br>Los Angeles, California 90071<br>Telephone: (213) 239-5100<br><br>**Shoba Pillay (***pro hac vice***)**<br>SPillay@jenner.com<br>**Katherine McLaughlin (***pro hac vice***)**<br>KMcLaughlin@jenner.com<br>**Laura E. Pelanek (***pro hac vice***)**<br>LPelanek@jenner.com<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350<br><br>**Douglas E. Litvack (***pro hac vice***)**<br>DLitvack@jenner.com<br>**Jariel A. Rendell (***pro hac vice***)**<br>JRendell@jenner.com<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br><br>ATTORNEYS FOR DEFENDANT<br>COUNTERCLAIM-PLAINTIFF<br>INFOSYS LIMITED |

SEEN AND AGREED TO SUBSTANCE AND FORM:

By: */s/ Casey J. McCracken (with permission)*
Casey J. McCracken (*pro hac vice*)
Samuel G. Liversidge (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520
CMcCracken@gibsondunn.com
SLiversidge@gibsondunn.com
CWhittaker@gibsondunn.com

L. Kieran Kieckhefer (*pro hac vice*)
Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
Christina E. Myrold (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306
KKieckhefer@gibsondunn.com
RBrass@gibsondunn.com
EMccloskey@gibsondunn.com
CMyrold@gibsondunn.com

John T. Cox III (SBN 24003722)
Betty Yang (SBN 24088690)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone:  214.698.3226
Facsimile:  214.571.2900
TCox@gibsondunn.com
BYang@gibsondunn.com
BHubbard@gibsondunn.com

Ahmed ElDessouki (*pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, New York 10166
Telephone. 212.351.2345
AElDessouki@gibsondunn.com

ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM DEFENDANTS
COGNIZANT TRIZETTO SOFTWARE
GROUP, INC. AND COGNIZANT TECHNOLOGY SOLUTIONS CORP.

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on June 23, 2025.

>  */s/ Christopher J. Schwegmann*  
> Christopher J. Schwegmann

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 19-20, 22-23, 2025, I conferred with counsel for Cognizant concerning the relief sought herein via telephone and email. On June 23, 2025, counsel for Cognizant confirmed via email that Cognizant agrees to a three-day extension and that this motion is agreed.

> */s/ Katherine McLaughlin*  
> Katherine McLaughlin