IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,** | |
| *Plaintiff*, | |
| v. | |
| **INFOSYS LIMITED,** | Case No. 3:24-cv-02158-X |
| *Defendant.* | Hon. Brantley Starr |
| **INFOSYS LIMITED,** | Hon. David L. Horan |
| *Counterclaim Plaintiff*, | |
| v. | |
| **COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,** | |
| *Counterclaim Defendants.* | |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Joshua D. Lang of the law firm Lynn Pinker Hurst & Schwegmann, LLP, located at 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, telephone: (214) 981-3800, facsimile: (214) 981-3839, hereby appears as co-counsel of record for Defendant/Counterclaim Plaintiff Infosys Limited. Mr. Lang respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via e-mail or CM/ECF.

DATE: June 24, 2025

Respectfully Submitted,

*/s/ Joshua D. Lang*
Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
Joshua D. Lang
Texas Bar No. 24109450
jlang@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 – Telephone
(214) 981-3839 - Facsimile

Douglas Litvack
dlitvack@jenner.com
Jariel A. Rendell
jrendell@jenner.com
**JENNER & BLOCK LLP**
1099 New York Avenue, Suite 900
Washington, DC 20001
(202) 637-6357

Brent Caslin
baslin@jenner.com
Kelly Morrison
kmorrison@jenner.com
Nick Saros
nsaros@jenner.com
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
(213) 239-5100

Paul Rietema
PRietema@jenner.com
Katharine R. McLaughlin
KMcLaughlin@jenner.com
Laura E. Pelanek
lpelanek@jenner.com
Lindsey A. Lusk
llusk@jenner.com
Shoba Pillay
spillay@jenner.com
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, Illinois 60604
(312) 222-9350

**ATTORNEYS FOR DEFENDANT AND COUNTERPLAINTIFF**

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system on June 24, 2025.

*/s/ Joshua D. Lang*
Joshua D. Lang

3