IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. <br><br> INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | Case No. 3:24-cv-02158-X <br><br> The Honorable Brantley Starr <br><br><br><br> Magistrate Judge David L. Horan |

**JOINT CROSS-MOTIONS BY (1) COGNIZANT TECHNOLOGY SOLUTIONS CORP. TO COMPEL PRODUCTION OF SALIL PAREKH'S DOCUMENTS AND (2) INFOSYS LIMITED TO COMPEL PRODUCTION OF JATIN DALAL'S DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 26, 34, and 37, and the Court's Standing Order on Discovery and Other Non-Dispositive Motions (ECF 107), Counterclaim Defendant Cognizant Technology Solutions Corp. ("CTS") respectfully moves the Court for an Order compelling Infosys Limited ("Infosys") to collect and produce Salil Parekh's relevant documents in response to Rule 34 request for production ("RFP") Nos. 2–3, 5, 11–14, 21–23, 28–38, 40, and 49–56. Defendant and Counterclaim Plaintiff Infosys respectfully moves the Court for an Order compelling CTS and Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. ("Cognizant TriZetto" or "TriZetto") (collectively with CTS, "Cognizant") to collect and

produce Jatin Dalal's relevant documents in response to RFP Nos. 1, 2, 14, 15, 36, 60, 63–67, 69, 70, 73–79, 87, 88, 90–95, 121, 133, and 135 to Cognizant TriZetto and corresponding Nos. 5, 8–12, 14, 15, 18–24, 32, 33, 35–40, 64, 76, and 78 to CTS.

The Parties' Joint Report regarding each Party's Motion to Compel details the reasons why each Party believes their requested relief is appropriate under the relevant authorities and the opposing Party's requested relief is not appropriate under the relevant authorities.

Dated: September 15, 2025

/s/ Christopher J. Schwegmann

Christopher J. Schwegmann
State Bar No. 24051315
Joshua D. Lang
(State Bar No. 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
Fax: (214) 981-3839
cschwegmann@lynnllp.com
jlang@lynnllp.com

Brent Caslin (pro hac vice)
Nick Saros (pro hac vice)
Kelly M. Morrison (pro hac vice)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (pro hac vice)
Laura E. Pelanek (pro hac vice)
**JENNER & BLOCK LLP**
353 N. Clark Street

Respectfully submitted,

/s/ Rachel S. Brass

Rachel S. Brass (*pro hac vice*)
L. Kieran Kieckhefer (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
Christina E. Myrold (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
kkieckhefer@gibsondunn.com
emccloskey@gibsondunn.com
cmyrold@gibsondunn.com

John T. Cox, III (SBN 24003722)
Betty Yang (SBN 24088690)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923 USA
Tel.: 214.698.3226
tcox@gibsondunn.com
byang@gibsondunn.com
bhubbard@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue

| | |
|---|---|
| Chicago, IL 60654<br>Tel.: (312) 222-9350<br>SPillay@jenner.com<br>LPelanek@jenner.com<br><br>Douglas E. Litvack (pro hac vice)<br>Jariel A. Rendell (pro hac vice)<br>**JENNER & BLOCK LLP**<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>DLitvack@jenner.com<br>JRendell@jenner.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited* | Los Angeles, CA 90071<br>Tel.: 213.229.7000<br>sliversidge@gibsondunn.com<br>cmccracken@gibsondunn.com<br>cwhittaker@gibsondunn.com<br><br>Ahmed ElDessouki (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Ave.<br>New York, NY 10166<br>Tel.: 212.351.2345<br>aeldessouki@gibsondunn.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, the foregoing document was electronically filed and served on all counsel of record using the Court's CM/ECF system.

                                      */s/ Rachel S. Brass*
                                         Rachel S. Brass