# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br> v. <br> INFOSYS LIMITED, <br><br> Defendant. | Case No. 3:24-cv-02158-X <br><br> The Honorable Brantley Starr <br><br> Magistrate Judge David L. Horan |
| INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br> v. <br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | |

### JOINT REQUEST FOR ORAL ARGUMENT ON JOINT REPORT REGARDING INFOSYS LIMITED'S MOTION TO COMPEL COGNIZANT TRIZETTO SOFTWARE GROUP, INC. TO FULLY ANSWER INTERROGATORY NOS. 13 AND 14

Defendant and Counterclaim Plaintiff Infosys Limited and Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. (collectively, the "Parties") respectfully request a hearing on the Joint Report regarding Infosys's Motion to Compel Cognizant TriZetto Software Group, Inc. to Fully Answer Interrogatory Nos. 13 and 14, in accordance with Magistrate Judge Horan's Standing Order on Non-Dispositive Pretrial Discovery Motions (ECF No. 107). Infosys believes the information sought to be compelled is critically important to advance the case, and the Parties agree that the Court's decision-making process would be significantly aided by oral argument.

For the above reasons, the Parties respectfully request that the Court set a hearing on the Joint Report regarding Infosys Limited's Motion to Compel Cognizant TriZetto Software Group, Inc. to Fully Answer Interrogatory Nos. 13 and 14.

Dated: October 6, 2025                                             Respectfully submitted,

By: /s/ Christopher J. Schwegmann                          By: /s/ L. Kieran Kieckhefer

| | |
|---|---|
| Christopher J. Schwegmann (SBN 24051315)<br>Joshua Lang (SBN 24109450)<br>**LYNN PINKER HURST &<br>SCHWEGMANN, LLP**<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Tel: (214) 981-3835<br>cschwegmann@lynnllp.com<br>jlang@lynnllp.com<br><br>Brent Caslin (*pro hac vice*)<br>Nick Saros (*pro hac vice*)<br>Kelly M. Morrison (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>515 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Tel.: (213) 239-5100<br>BCaslin@jenner.com<br>NSaros@jenner.com<br>KMorrison@jenner.com<br><br>Shoba Pillay (*pro hac vice*)<br>Laura E. Pelanek (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel.: (312) 222-9350<br>SPillay@jenner.com<br>LPelanek@jenner.com<br><br>Douglas E. Litvack (*pro hac vice*)<br>Jariel A. Rendell (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>1099 New York Avenue, NW Suite 900 | L. Kieran Kieckhefer (*pro hac vice*)<br>Rachel S. Brass (*pro hac vice*)<br>Elizabeth McCloskey (*pro hac vice*)<br>Christina E. Myrold (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel:  415.393.8200<br>Fax:  415.393.8306<br>KKieckhefer@gibsondunn.com<br>RBrass@gibsondunn.com<br>EMccloskey@gibsondunn.com<br>CMyrold@gibsondunn.com<br><br>John T. Cox III (SBN 24003722)<br>Betty Yang (SBN 24088690)<br>Bradley G. Hubbard (SBN 24090174)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>Tel:  214.698.3226<br>Fax:  214.571.2900<br>TCox@gibsondunn.com<br>BYang@gibsondunn.com<br>BHubbard@gibsondunn.com<br><br>Samuel G. Liversidge (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>S. Christopher Whittaker (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel:  213.229.7000<br>Fax:  213.229.7520 |

Case 3:24-cv-02158-X   Document 140   Filed 10/06/25   Page 3 of 4   PageID 4824

Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited*

SLiversidge@gibsondunn.com
CMcCracken@gibsondunn.com
CWhittaker@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY 10166
Tel.: 212.351.2345
AElDessouki@gibsondunn.com

*Attorneys for Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the Northern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ *Brent Caslin*
Brent Caslin (*pro hac vice*)