# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>INFOSYS LIMITED,<br><br>                Defendant. | Case No. 3:24-cv-2158-X<br><br>The Honorable Brantley Starr<br><br><br><br>Magistrate Judge David L. Horan |
| INFOSYS LIMITED,<br><br>                Counterclaim Plaintiff,<br><br>    v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>                Counterclaim Defendants. | |

## COGNIZANT'S MOTION FOR STAY OF DISCOVERY RELATED TO INFOSYS'S ANTITRUST COUNTERCLAIMS

### *EXPEDITED TREATMENT REQUESTED*

Plaintiff and Counter-Defendant Cognizant TriZetto Software Group, Inc. ("TriZetto") and Counterclaim Defendant Cognizant Technology Solutions Corp. ("CTS") (together "Cognizant") files a motion for stay of discovery related to Infosys's antitrust counterclaims pursuant to Local Rule 7.1 and states the following:

1.      Cognizant seeks a stay of discovery related to Infosys's forthcoming antitrust counterclaims pending the Court's resolution of Cognizant's motion to dismiss those counterclaims.

2.       As explained in the attached brief in support of this motion, the Court should grant the motion because the burden of proceeding on antitrust discovery in this matter is high and Cognizant has nonfrivolous arguments as to why Infosys's amended claims should be dismissed.

3.       Additionally, the Court should stay any ruling by Magistrate Judge Horan on two pending discovery motions, which pertain to document custodians on antitrust issues (Dkt. Nos. 120 & 135).

Respectfully submitted,

Dated:  October 17, 2025                    GIBSON, DUNN & CRUTCHER LLP

*/s/ John T. Cox, III*
John T. Cox, III (SBN 24003722)
Betty Yang (SBN 24088690)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923 USA
Tel.: 214.698.3226
tcox@gibsondunn.com
byang@gibsondunn.com
bhubbard@gibsondunn.com

L. Kieran Kieckhefer (*pro hac vice*)
Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
Christina E. Myrold (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
kkieckhefer@gibsondunn.com
emccloskey@gibsondunn.com
cmyrold@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.229.7000
sliversidge@gibsondunn.com

cmccracken@gibsondunn.com
cwhittaker@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave.
New York, NY 10166
Tel.: 212.351.2345
aeldessouki@gibsondunn.com

*Attorneys for Plaintiff and Counterclaim*
*Defendant Cognizant TriZetto Software*
*Group, Inc.*

COGNIZANT'S MOTION FOR STAY OF DISCOVERY RELATED TO INFOSYS'S ANTITRUST
COUNTERCLAIMS
CASE NO. 3:24-CV-2158-X

## <u>CERTIFICATE OF CONFERENCE</u>

The parties conferred regarding Cognizant's motion to stay on October 14, 2025. The conference included Jeremy Ochsenbein, John Matthew Butler, and me for Cognizant, and Jariel Rendell, Kelly Morrison, Chris Schwegmann, and Joshua Lang for Infosys. Counsel for Infosys stated that Cognizant should continue its discovery efforts related to the dismissed counterclaims and that Infosys would oppose a stay. During the parties' continued email correspondence, Infosys stated it would oppose a motion for expedited consideration. On October 16, 2025, counsel for Infosys proposed a lengthier briefing schedule for the motion to stay, but Cognizant declined because any delay in completing the briefing will likely result in a delay in obtaining the relief sought by the stay, which is time sensitive. On October 17, 2025, I conferred with counsel for Infosys via Zoom regarding the motion for expedited briefing. The conference included me for Cognizant, and Jariel Rendell, Kelly Morrison, and Jose Sandoval for Infosys. Infosys followed up by email and stated that it believes there is no good cause to expedite the briefing on the schedule Cognizant has proposed and that Infosys intends to file a response to the motion to expedite. Infosys also stated it believes Cognizant's motion to stay is premature.

Executed in Huntington Beach, California on October 17, 2025.

_____

S. Christopher Whittaker

COGNIZANT'S MOTION FOR STAY OF DISCOVERY RELATED TO INFOSYS'S ANTITRUST
COUNTERCLAIMS
CASE NO. 3:24-CV-2158-X

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of the filing to all counsel of record.

Dated: October 17, 2025                      */s/ John T. Cox III*
                                             John T. Cox