IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. <br><hr> INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | Case No. 3:24-cv-2158-X <br><br> Hon. Brantley Starr, District Judge <br> Hon. David L. Horan, Magistrate Judge |

**COGNIZANT'S MOTION TO DISMISS INFOSYS' AMENDED COUNTERCLAIMS AND STAY DISCOVERY**

Counterclaim Defendant Cognizant Technology Solutions Corp. ("CTS") and Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. ("TriZetto") (collectively "Cognizant") respectfully move to dismiss the First Amended Counterclaims asserted by Infosys Limited ("Infosys"), Dkt. 166, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because Infosys fails to state a claim upon which relief can be granted. Simultaneously, Cognizant respectfully moves for a stay of antitrust discovery while Cognizant's Motion to Dismiss is pending before the Court.

For the reasons set forth in Cognizant's Memorandum of Law In Support of its Motion to Dismiss Infosys' Amended Counterclaims and Stay Discovery, this Court should grant both motions.

Dated: November 20, 2025

/s/ *John T. Cox, III*
John T. Cox, III (SBN 24003722)
Betty Yang (SBN 24088690)
Bradley G. Hubbard (SBN 24090174)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923 USA
Tel.: 214.698.3226
tcox@gibsondunn.com
byang@gibsondunn.com
bhubbard@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
L. Kieran Kieckhefer (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
Christina E. Myrold (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
kkieckhefer@gibsondunn.com
emccloskey@gibsondunn.com
cmyrold@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.229.7000
sliversidge@gibsondunn.com
cmccracken@gibsondunn.com
cwhittaker@gibsondunn.com

Ahmed ElDessouki (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166

Tel.: 212.351.2345
aeldessouki@gibsondunn.com

*Attorneys for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp.*

## **CERTIFICATE OF CONFERENCE**

On November 20, 2025, I conferred with counsel for Infosys via Zoom regarding Cognizant's motion to stay antitrust discovery. The conference included John Matthew Butler and Emma Becker for Cognizant, and Jariel Rendell, Kelly Morrison, Joshua Lang, and Isabel Benincasa Reade for Infosys. In anticipation of the conference, the parties exchanged emails on November 19 and 20, 2025, regarding their respective positions on Cognizant's motion to stay antitrust discovery. Infosys opposes the motion to stay antitrust discovery. The parties could not reach an agreement given disagreement about the proper procedural form of Cognizant's motion to stay and whether good cause to stay antitrust discovery exists.

Executed in McLean, VA, on November 20, 2025.

Dated: November 20, 2025                                         */s/ John Matthew Butler*
                                                                                         John Matthew Butler

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of the filing to all counsel of record.

Dated: November 20, 2025                             */s/ John T. Cox, III*
                                                                                John T. Cox, III