# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. | Case No. 3:24-cv-02158-X <br><br> The Honorable Brantley Starr <br><br> Magistrate Judge David L. Horan <br><br> **[Redacted Per Court's Order, Dkt. 190]** |
| INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | |

## INFOSYS'S APPENDIX IN OPPOSITION TO
## COGNIZANT'S MOTION TO PARTIALLY STAY DISCOVERY

Pursuant to Local Civil Rule 7.1(i), Defendant-Counterclaim Plaintiff Infosys Limited ("Infosys") respectfully submits this Appendix solely in Opposition to Cognizant's Motion to Partially Stay Discovery.

| Exhibit No. | App'x | Description |
|---|---|---|
| A | 001-003 | Declaration of Jariel A. Rendell, dated December 11, 2025. |
| B | 004-008 | Email from John Wilson to Kevin Cartwright and Louis Santon copying others, regarding Request for Information, dated June 22, 2019, produced by Cognizant as COG_09117116. |

1

| Exhibit No. | App'x | Description |
|---|---|---|
| C | 009-010 | Email from John Wilson to Kevin Courtois and David Miller, regarding Competitor language, dated March 18, 2021, produced by Cognizant as COG_21443759. |
| D | 011-016 | Email from TZG Contracts at Cognizant to Senthil Radhakrishnan, regarding HMSA – Contractual Clause preventing competition, dated May 7, 2021, produced by Cognizant as COG_10509259. |
| E | 017-019 | Email from John Wilson to Daniel Skari, regarding Infinite (ICS), dated June 17, 2021, produced by Cognizant as COG_03939592. |
| F | 020-022 | Email from John Wilson to Michael McCully, regarding Level 2 Access to Facets, dated January 28, 2022, produced by Cognizant as COG_03945131. |
| G | 023-033 | Email from Ramkumar Ramakrishnan to Vasant Eswarachari and Senthil Radhakrishnan, copying others, regarding TZ Customer Exchange Access at BSC for other ADM Suppliers, dated January 24, 2023, produced by Cognizant as COG-15070139. |
| H | 034-036 | Email from Joshua Poper to Senthil Radhakrishnan and others, regarding Competitor list, dated January 5, 2024, produced by Cognizant as COG_10374496. |
| I | 037-040 | Email from Krishna Potlapelly Venkata to Supriyo Chatterjee and others, regarding Quick Molina Question, dated May 7, 2024, produced by Cognizant as COG_07894474. |
| J | 041-049 | Email from Jason Hatt to Nicholas Josephs and others, regarding Third Party Access Rights - Cigna Immediate Issue - Wipro Consultant, dated March 4, 2020, produced by Cognizant as COG_15553381. |

Dated: December 11, 2025

Respectfully submitted,

By: /s/ Douglas E. Litvack

Christopher J. Schwegmann (SBN 24051315)
Joshua Lang (SBN 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

Tel: (214) 981-3835
cschwegmann@lynnllp.com
jlang@lynnllp.com

Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

Douglas E. Litvack (*pro hac vice*)
Jariel A. Rendell (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Defendant and Counterclaim*
*Plaintiff Infosys Limited*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of December, 2025, I caused (1) the foregoing to be electronically filed under provisional seal with the clerk of the court for the U.S. District Court for the Northern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and (2) a true and correct copy of the foregoing and all attachments to be served on all counsel of record via email.

/s/ *Douglas E. Litvack*
Douglas E. Litvack

# EXHIBIT A

## (FILED UNDER PROVISIONAL SEAL)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | Case No. 3:24-cv-02158-X |
| Plaintiff, | The Honorable Brantley Starr |
| v. | Magistrate Judge David L. Horan |
| INFOSYS LIMITED, | |
| Defendant. | **FILED UNDER PROVISIONAL SEAL** |
| INFOSYS LIMITED, | |
| Counterclaim Plaintiff, | |
| v. | |
| COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | |
| Counterclaim Defendants. | |

## DECLARATION OF JARIEL A. RENDELL

I, Jariel A. Rendell, hereby declare as follows:

1.       My name is Jariel A. Rendell. I am over 18 years of age. I am an attorney with the law firm Jenner & Block LLP. I am licensed to practice law in the District of Columbia and am admitted *pro hac vice* to this Court for this matter as counsel of record for Defendant-Counterclaim Plaintiff Infosys Limited. I am fully competent to make this declaration. Unless otherwise stated, all facts stated herein are within my personal knowledge and are true and correct. If called as a witness, I could and would testify competently thereto.

1

2.      Attached as **Exhibit B** is a true and correct copy of a document produced by Plaintiff-Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and/or Counterclaim Defendant Cognizant Technology Solutions Corp. (collectively, "Cognizant") as COG_09117116.

3.      Attached as **Exhibit C** is a true and correct copy of a document produced by Cognizant as COG_21443759.

4.      Attached as **Exhibit D** is a true and correct copy of a document produced by Cognizant as COG_10509259.

5.      Attached as **Exhibit E** is a true and correct copy of a document produced by Cognizant as COG_03939592.

6.      Attached as **Exhibit F** is a true and correct copy of a document produced by Cognizant as COG_03945131.

7.      Attached as **Exhibit G** is a true and correct copy of a document produced by Cognizant as COG_15070139.

8.      Attached as **Exhibit H** is a true and correct copy of a document produced by Cognizant as COG_10374496.

9.      Attached as **Exhibit I** is a true and correct copy of a document produced by Cognizant as COG_07894474.

10.      Attached as **Exhibit J** is a true and correct copy of a document produced by Cognizant as COG_ 15553381.

I declare under penalty of perjury under the laws of the United States that the foregoing information is to the best of my knowledge true and correct.

Executed in Washington, DC on December 11, 2025.

By:      */s/ Jariel A. Rendell*
           Jariel A. Rendell

**Appx. 003**

# EXHIBIT B

## (FILED UNDER PROVISIONAL SEAL)

Message
_____

**From:**      Wilson, John (Cognizant) [                                    ]
**Sent:**      6/22/2019 6:28:52 PM
**To:**        Cartwright, Kevin (Cognizant) [                              ]; Santon, Louis (Cognizant)
               [                ]
**CC:**        Clark, Kevin (Cognizant) [                        ]; Vasudevan, Mohan(Cognizant)
               [                    ]; Stock, Michael (Cognizant) [                        ]; Vijayaraghavan,
               Shyam Srinivasan (Cognizant) [                              ]
**Subject:**   RE: Request for Information


Thanks Kevin, this makes sense.

**From:** Cartwright, Kevin (Cognizant)
**Sent:** Saturday, June 22, 2019 12:27 PM
**To:** Wilson, John (Cognizant); Santon, Louis (Cognizant)
**Cc:** Clark, Kevin (Cognizant); Vasudevan, Mohan (Cognizant); Stock, Michael (Cognizant); Vijayaraghavan, Shyam Srinivasan (Cognizant)
**Subject:** Re: Request for Information

John is correct in theory. [                                                                          ]

[                                                                                                     ]

So the theory was that [    ] could not [          ] but the reality was [                  ].

[                                                                                                     ]


Cheers,
Kevin
[                  ]


From: Wilson, John (Cognizant)
Sent: Saturday, June 22, 9:44 AM
Subject: RE: Request for Information
To: Cartwright, Kevin (Cognizant), Santon, Louis (Cognizant)
Cc: Clark, Kevin (Cognizant), Vasudevan, Mohan (Cognizant), Stock, Michael (Cognizant), Vijayaraghavan, Shyam Srinivasan (Cognizant)


[                                                                                                     ]

Thanks.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Vijayaraghavan, Shyam Srinivasan (Cognizant)
**Sent:** Friday, June 21, 2019 10:27 PM
**To:** Cartwright, Kevin (Cognizant); Santon, Louis (Cognizant); Wilson, John (Cognizant)
**Cc:** Clark, Kevin (Cognizant); Vasudevan, Mohan (Cognizant); Stock, Michael (Cognizant)
**Subject:** RE: Request for Information

Hi Kevin, Lou,

Kindly let us know about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ This data will help us if ▮▮▮ tries to ▮▮▮▮▮▮▮▮▮▮▮▮▮.

Thanks,
**Shyam V**

**M** ▮▮▮▮▮▮▮▮▮▮

**From:** Vijayaraghavan, Shyam Srinivasan (Cognizant)
**Sent:** Thursday, June 20, 2019 9:50 PM
**To:** Cartwright, Kevin (Cognizant) ▮▮▮▮▮▮▮▮▮▮▮▮▮; Santon, Louis (Cognizant)
▮▮▮▮▮▮▮▮▮▮▮; Wilson, John (Cognizant)
**Cc:** Clark, Kevin (Cognizant) ▮▮▮▮▮▮▮▮▮▮▮; Vasudevan, Mohan (Cognizant)
▮▮▮▮▮▮▮▮▮▮; Stock, Michael (Cognizant) ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Request for Information

Hi Kevin,

Thanks for the Information. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

We are trying to understand if ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Thanks,
**Shyam V**

**M** ▮▮▮▮▮▮▮▮▮▮

**From:** Cartwright, Kevin (Cognizant) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, June 20, 2019 7:31 PM
**To:** Santon, Louis (Cognizant) ▮▮▮▮▮▮▮▮▮▮; Wilson, John (Cognizant)
▮▮▮▮▮▮▮▮
**Cc:** Clark, Kevin (Cognizant) ▮▮▮▮▮▮▮▮▮▮; Vasudevan, Mohan (Cognizant)
▮▮▮▮▮▮▮▮▮▮; Vijayaraghavan, Shyam Srinivasan (Cognizant)
▮▮▮▮▮▮▮▮▮▮; Stock, Michael (Cognizant)
**Subject:** Re: Request for Information

The short answer is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
As you know this presented an interesting situation for us as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
There has been no further discussion since then, John.
Cheers,
Kevin
▮▮▮▮▮▮▮▮▮▮

From: Santon, Louis (Cognizant)
Sent: Thursday, June 20, 3:11 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Subject: RE: Request for Information
To: Wilson, John (Cognizant), Cartwright, Kevin (Cognizant)
Cc: Clark, Kevin (Cognizant), Vasudevan, Mohan (Cognizant), Vijayaraghavan, Shyam Srinivasan (Cognizant), Stock, Michael (Cognizant)
Pretty sure the answer for ███████████ but will let Kevin C. chime in on both.

**Lou Santon**
AVP, Consulting - Delivery Executives - West
Healthcare Products Delivery and Consulting

**Cognizant** Healthcare

████████████████        www.cognizant.com

Ⓨ
ⓘⓝ
Ⓞ

Ⓕ

**From:** Wilson, John (Cognizant)
**Sent:** Thursday, June 20, 2019 2:45 PM
**To:** Santon, Louis (Cognizant); Cartwright, Kevin (Cognizant)
**Cc:** Clark, Kevin (Cognizant); Vasudevan, Mohan (Cognizant); Vijayaraghavan, Shyam Srinivasan (Cognizant); Stock, Michael (Cognizant)
**Subject:** RE: Request for Information

Lou and Kevin,

██████████████████████████████████████████

Also, for ██████████████ ?
Thanks,
JW

**From:** Santon, Louis (Cognizant)
**Sent:** Wednesday, June 19, 2019 9:49 AM
**To:** Vijayaraghavan, Shyam Srinivasan (Cognizant); Stock, Michael (Cognizant)
**Cc:** Clark, Kevin (Cognizant); Wilson, John (Cognizant); Vasudevan, Mohan (Cognizant)
**Subject:** Re: Request for Information

Yes, I know ████ fairly well based on her tenure at ████. ████ comes across somewhat neutral in formal meetings but overall I would say she has been a supporter.
████ has seen first hand our ability to deliver in tight situations. The only negative ████ may have was an earlier experience with our ████████████ (perceived product quality issues) but that has been stable recently.
████████████████████████████████ although they often struggle given their
application knowledge is aging.
Lou Santon
AVP, Consulting - Delivery Executives - West
Healthcare Product Delivery and Consulting

mobile: █████████████
email: ████████████████████████
www.cognizant.com
**From:** Vijayaraghavan, Shyam Srinivasan (Cognizant)
**Sent:** Wednesday, June 19, 2019 5:40:43 AM
**To:** Santon, Louis (Cognizant); Stock, Michael (Cognizant)
**Cc:** Clark, Kevin (Cognizant); Wilson, John (Cognizant); Vasudevan, Mohan (Cognizant)
**Subject:** Request for Information

Hi Lou, Mike,

We came to know that client executive ██████████████████████████████████████████.
██████.

Can you please provide insight on Cognizant business relationship with ████████████. Was ██ a
supporter of Cognizant services █████████? I have a meeting with ██ today at noon. Any insight about our
business relationship with █████ will be helpful.

Lou - You also mentioned about █████████████████████. Can you please let us know if
███████████████████.

Thanks,
**Shyam V**

**Cognizant**
██████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT C

## (FILED UNDER PROVISIONAL SEAL)

Appx. 009

Message

| From: | Wilson, John (Cognizant) ████████████████ ] |
| Sent: | 3/18/2021 1:12:44 AM |
| To: | Courtois, Kevin (Cognizant) ████████████ ]; Miller, David (Cognizant) ████████ |
| Subject: | RE: Cognizant Competitor language |

All of that makes sense. ████████████████████

████████████ We are discouraging clients from using them and writing tough NDAAs.

# **REDACTED FOR PRIVILEGE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT D

## (FILED UNDER PROVISIONAL SEAL)

Message

**From:** TZGContracts (Cognizant) [ ███████████████ ]
**Sent:** 5/7/2021 3:55:04 PM
**To:** Radhakrishnan, Senthil (cognizant) [ ██████████████ ]
**Subject:** RE: ██ - Contractual Clause ████████
**Attachments:** ████████████

Could you please work with your team for one of you to get access to SharePoint?  I keep having to send docs for this client.

Thanks,

Lori

**From:** Radhakrishnan, Senthil (cognizant) < ████████████████ >
**Sent:** Friday, May 7, 2021 9:46 AM
**To:** TZGContracts (Cognizant) < ████████████ >
**Subject:** Re: ██ - Contractual Clause ████████

Pls send me copy of MSA . This is my account moving forward and we have to find way to keep our competition at bay.

Pls share directly with me

Get Outlook for iOS

**From:** TZGContracts (Cognizant) < ███████████ >
**Sent:** Friday, May 7, 2021 8:40:03 AM
**To:** Radhakrishnan, Senthil (cognizant) < ████████████ >
**Subject:** RE: ██ - Contractual Clause ████████

This is Lori.

Sorry, I don't know where that would be.

**From:** Radhakrishnan, Senthil (cognizant) < ████████████████ >
**Sent:** Thursday, May 6, 2021 6:39 PM
**To:** TZGContracts (Cognizant) < ██████████ >
**Subject:** Re: ██ - Contractual Clause ████████

████████████████████████████████████████
████████████████

Thanks
Senthil Radhakrishnan
████████ ██ ███████

**From:** TZGContracts (Cognizant) < ██████████ >
**Date:** Thursday, May 6, 2021 at 1:47 PM
**To:** Radhakrishnan, Senthil (cognizant) < ████████████ >
**Subject:** RE: ████ - Contractual Clause ██████████

Is this what you are looking for?



**From:** Radhakrishnan, Senthil (cognizant) ████████████ >
**Sent:** Thursday, May 6, 2021 1:49 PM
**To:** TZGContracts (Cognizant) < ██████████ >
**Cc:** Kavathekar, Ashutosh (Cognizant) < ████████████ ; Dhandapani, Babu (Cognizant)
< ██████ >; Reed, Eric (Cognizant) < ████████ >
**Subject:** Fwd: ████ - Contractual Clause ██████

Team - can you please share ████ client contract and rate card?

Get Outlook for iOS

**From:** Kavathekar, Ashutosh (Cognizant) < ████████████ >
**Sent:** Thursday, May 6, 2021 12:43 PM
**To:** Dhandapani, Babu (Cognizant); Radhakrishnan, Senthil (cognizant)
**Subject:** RE: ████ - Contractual Clause ██████

Babu/Senthil, any luck here?

**From:** Kavathekar, Ashutosh (Cognizant)
**Sent:** Tuesday, May 4, 2021 1:00 PM
**To:** Dhandapani, Babu (Cognizant) ██████████ >; Radhakrishnan, Senthil (cognizant)



                       >
**Cc:** Eswarachari, Vasant Kumar (Cognizant) ◄              >
**Subject:** FW: ▇ - Contractual Clause ▇

Can you get me ▇ MSA?

I am looking for a clause that ▇

Ashutosh

**From:** Kavathekar, Ashutosh (Cognizant)
**Sent:** Tuesday, May 4, 2021 11:06 AM
**To:** Jacobson, James (Cognizant) ◄          >
**Subject:** FW: ▇ - Contractual Clause ▇

I am looking for the clause in MSA that ▇
Can you help point me to right place?

Ashutoh

**From:** Kavathekar, Ashutosh (Cognizant)
**Sent:** Monday, May 3, 2021 9:22 AM
**To:** Vogeltanz, Stephen (Cognizant) ◄        >; Young, Conni (Cognizant)
◄       >
**Cc:** Eswarachari, Vasant Kumar (Cognizant) ◄        >; Merdan, Melissa (Cognizant)
◄       >; Jacobson, James (Cognizant) ◄       >; Sawyer, David
(Cognizant) ◄       >
**Subject:** RE: ▇ - Contractual Clause ▇

Let me know if you could point to this?

**From:** Vogeltanz, Stephen (Cognizant) ▇ >
**Sent:** Thursday, April 15, 2021 9:32 AM
**To:** Kavathekar, Ashutosh (Cognizant) ◄       >; Young, Conni (Cognizant)
◄       >
**Cc:** Eswarachari, Vasant Kumar (Cognizant) ▇ >; Merdan, Melissa (Cognizant)
◄       >; Jacobson, James (Cognizant) ▇ >; Sawyer, David
(Cognizant) ◄       >
**Subject:** Re: ▇ - Contractual Clause ▇

I will when I find it

**Steve Vogeltanz**
Senior Account Manager

**Cognizant** Healthcare



█████████ | Cognizant.com

**From:** Kavathekar, Ashutosh (Cognizant) <████████████████████ >
**Sent:** Thursday, April 15, 2021 9:15 AM
**To:** Vogeltanz, Stephen (Cognizant) <████████████████ >; Young, Conni (Cognizant)
<████████ >
**Cc:** Eswarachari, Vasant Kumar (Cognizant) <████████████████ >; Merdan, Melissa (Cognizant)
<████████ >; Jacobson, James (Cognizant)████████████████ >; Sawyer, David
(Cognizant) <████████ >
**Subject:** RE: ████ - Contractual Clause ████████

Please share the MSA for ████ as we discussed on call yesterday, specifically the clause we discussed.

**From:** Vogeltanz, Stephen (Cognizant) <████████████████ >
**Sent:** Wednesday, April 14, 2021 9:35 AM
**To:** Kavathekar, Ashutosh (Cognizant) <████████████████ >; Young, Conni (Cognizant)
████████████ ; Merdan, Melissa (Cognizant) <████████████ >; Jacobson, James
(Cognizant) <████████ >
**Cc:** Eswarachari, Vasant Kumar (Cognizant) <████████████ >
**Subject:** Re: ████ - Contractual Clause ████████

Hi Ashu,

It's in the MSA. ████████████████████████████████████████████
████████████████████████████████████
████████████████████████

**Steve Vogeltanz**
Senior Account Manager

**Cognizant** Healthcare

█████████
█████████ | Cognizant.com

**From:** Kavathekar, Ashutosh (Cognizant) <████████████████ >
**Sent:** Wednesday, April 14, 2021 8:59 AM
**To:** Young, Conni (Cognizant) <████████████ >; Vogeltanz, Stephen (Cognizant)
████████ >; Merdan, Melissa (Cognizant) <████████████ >; Jacobson,
James (Cognizant) <████████ >
**Cc:** Eswarachari, Vasant Kumar (Cognizant) <████████████████ >
**Subject:** ████ - Contractual Clause ████████

We talked about ███████████████████████████████. Mellissa did mention that it was leveraged in other ██████████████ to keep competition at bay.

Can you share the clause as it exists in current ████ contract?

Regards, Ashutosh

████████████

# EXHIBIT E

## (FILED UNDER PROVISIONAL SEAL)

Message

**From:**     Wilson, John (Cognizant) ▮                           ]
**Sent:**     6/17/2021 11:20:27 PM
**To:**       Skari, Daniel (Cognizant) ▮                     ]
**Subject:**  RE: ▮

I am already talking to Murugan about working with the account team (led by Arun) to determine our approach at ▮   ▮

**From:** Skari, Daniel (Cognizant) < ▮                    >
**Sent:** Thursday, June 17, 2021 2:50 PM
**To:** Wilson, John (Cognizant) < ▮              >
**Subject:** RE: ▮

Agreed.

I do think we'll have to do something at ▮   and ▮   I think our line to ▮ is that ▮
▮                          ▮   ▮                                ▮ ▮
▮

**From:** Wilson, John (Cognizant) ▮
**Sent:** Thursday, June 17, 2021 1:48 PM
**To:** Skari, Daniel (Cognizant) ▮
**Subject:** FW: ▮

FYI.  For my first question, below, if you ▮                                ▮.  I think we have to do something at ▮   regarding ▮ too.

**From:** Mohan, Murugananth(Cognizant) < ▮                  >
**Sent:** Thursday, June 17, 2021 1:37 PM
**To:** Wilson, John (Cognizant) ▮              >
**Subject:** Re: ▮

John - My updates below in RED

Thanks and Regards,
Murugananth Mohan

**From:** Wilson, John (Cognizant) ▮              >
**Sent:** Thursday, June 17, 2021 12:06 PM
**To:** Mohan, Murugananth(Cognizant) < ▮              >
**Subject:** RE: ▮

Thanks...three more questions:
1.    What % of services work goes to ▮       at ▮   Feel free to guess. ▮
2.    ▮                                                                                this is
one of the reasons why ▮   has established a footprint ▮
3.    Do we have an ▮

Thanks!

**From:** Mohan, Murugananth(Cognizant) ◄⬛⬛⬛⬛⬛⬛⬛►
**Sent:** Thursday, June 17, 2021 1:00 PM
**To:** Wilson, John (Cognizant) ◄⬛⬛⬛⬛⬛►
**Subject:** Re: ⬛⬛⬛

John,

⬛⬛ is providing QA, system integration, DBA and reporting related support to ⬛⬛⬛ ⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

Thanks and Regards,
Murugananth Mohan

**From:** Wilson, John (Cognizant) ◄⬛⬛⬛⬛⬛►
**Sent:** Thursday, June 17, 2021 11:43 AM
**To:** Mohan, Murugananth(Cognizant) ◄⬛⬛⬛⬛⬛⬛►
**Subject:** RE: ⬛⬛⬛

FYI that I need this insight asap.  Thanks.

**From:** Wilson, John (Cognizant)
**Sent:** Thursday, June 17, 2021 10:26 AM
**To:** Mohan, Murugananth(Cognizant) ◄⬛⬛⬛⬛⬛⬛►
**Subject:** ⬛⬛⬛

Hi Murugan.
Can you please summarize ⬛⬛ role at ⬛⬛ and if they have ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛

Thanks.

*John M. Wilson*
*Cognizant Technology Solutions*
**Phone/Fax:** ⬛⬛⬛    **Mobile:** ⬛⬛⬛
⬛⬛⬛⬛⬛

# **Cognizant** Healthcare

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain confidential or privileged information, including personal health or other information which you are required by federal and state laws to safeguard and protect from further disclosure and may be subject to contract provisions or other requirements restricting the use and disclosure of such information. If you are not the intended recipient of this e-mail, or an authorized employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, you are not authorized to access this e-mail and its attachments, so please delete it and promptly notify the sender. Do not forward this message or its attachments or retain copies of it. Incorrect delivery is not a waiver of any legal protection of the contents of this e-mail.

# EXHIBIT F

## (FILED UNDER PROVISIONAL SEAL)

Message

**From:**     Wilson, John (Cognizant) ▮                            ]
**Sent:**     1/28/2022 4:04:21 PM
**To:**       Mccully, Michael (Cognizant) ▮                      ]
**Subject:**  RE: ▮

I just got pulled into a call with Surya at Noon MT.  When can we chat?

**From:** Wilson, John (Cognizant)
**Sent:** Friday, January 28, 2022 8:58 AM
**To:** Mccully, Michael (Cognizant) <▮                     >
**Subject:** FW: ▮

Do not share.  Not sure what the recent one was...

**From:** Mengert, Craig (Cognizant) <▮                    >
**Sent:** Friday, January 28, 2022 7:47 AM
**To:** Wilson, John (Cognizant) <▮                  >
**Subject:** FW: ▮

FYI

Craig Mengert
Chief Executive of TriZetto
**Cognizant**
m ▮
e ▮
www.cognizant.com

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Gummadi, Surya (Cognizant) <▮                  >
**Sent:** Thursday, January 27, 2022 12:50 PM
**To:** Subramanian, Sanjay (Cognizant) <▮                      >; Mengert, Craig (Cognizant)
<▮                >; Vellanki, Srikanth (Cognizant) ▮                 >
**Subject:** Fwd: ▮

Let's chat on this.

**From:** ▮
**Sent:** Thursday, January 27, 2022 9:47 AM
**To:** Gummadi, Surya (Cognizant)
**Subject:** ▮

[External]

Surya. Happy New Year and hope all is well.

Need to raise to you, challenges that we are experiencing ███████████████████████████ ██████████████ that is impacting to continuing to drive our growth agenda and at the same time be agile and nimble in responding to our customer needs. ████████████████████████████████



All of this is extremely concerning.

I'm going to ask ██████████ my assistant to set up some time for us to connect on this. Let me know who on your end manages your schedule so I can ask ██ to coordinate with that individual.

Thx ██

# EXHIBIT G

## (FILED UNDER PROVISIONAL SEAL)

Message

| | |
|---|---|
| **From**: | Ramakrishnan, Ramkumar (Cognizant) [                    ] |
| **Sent**: | 1/24/2023 5:13:38 PM |
| **To**: | Eswarachari, Vasant Kumar (Cognizant) [                    ]; Radhakrishnan, Senthil (cognizant) |
| **CC**: | Cartwright, Kevin (Cognizant) [                    ]; Mengert, Craig (Cognizant) [    ] |
| **Subject**: | FW: TZ Customer Exchange Access at ▇ for ▇ |

**Importance**:  High

Vasant,

FYI. I did speak to Senthil about this yesterday. ▇

There might be some escalation coming from ▇ to either you/Surya.. Just want to keep you posted.

Craig/Kevin, Please add if I have misstated anything.

Thanks
Ram

---

**From:** Cartwright, Kevin (Cognizant) ▇
**Sent:** Friday, January 20, 2023 4:54 PM
**To:** ▇

**Cc:** Cartwright, Kevin < ▇ >; ▇ ; Ramakrishnan, Ramkumar (Cognizant) ▇ >; Shah, Kunal (Cognizant) < ▇ >
**Subject:** RE: TZ Customer Exchange Access at ▇ for ▇
**Importance:** High

▇

Appreciate your offer and will take you up if needed. The issue at this point boils down to a TriZetto business decision from the product owner, Craig Mengert, with the TZ legal team that has been engaged to make the call ▇

Unfortunately, our TZ Product team leadership has been in Europe the past week and I am scheduled to connect with them first thing this coming week to speak on this. I will communicate the outcome as soon as it occurs.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Cheers,

**Kevin Cartwright**
Client Relationship Manager



**From:**
**Sent:** Friday, January 20, 2023 10:57 AM
**To:**

Cartwright, Kevin (Cognizant)

**Cc:** Cartwright, Kevin

**Subject:** Re: TZ Customer Exchange Access at ▆ for

**CAUTION:** External Email

Kevin, how can I help?

**From:**
**Date:** Thursday, January 19, 2023 at 8:27 PM
**To:**

**Cc:** Cartwright, Kevin

**Subject:** RE: TZ Customer Exchange Access at ▆ for

**From:**
**Sent:** Thursday, January 19, 2023 5:34 PM
**To:**

**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮
**Importance:** High

Adding ▮ and ▮ for awareness. ▮ was on a different email chain regarding this subject but missed on this one.

Kevin,

Is there someone else you can work if you cannot get a hold of the "TZ Product GM"? We have been working on this access request since November and now we are coming down to the wire with 1/25 being a hard deadline.

Please emphasize the importance of getting this completed as soon as possible since it jeopardizes ▮ operations.

Thank you,



**From:** ▮
**Sent:** Thursday, January 19, 2023 11:22 AM
**To:** ▮

**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮

Hi Kevin-
Re: #1, I'm not sure what you need.

I previously provided ▮

Thanks,
▮

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** ███████████████ ‹████████████████████████›
**Sent:** Thursday, January 19, 2023 11:11 AM
**To:** ████████████████████████████████████████████

**Cc:** ████████████████████████████████████████████████████████

**Subject:** RE: TZ Customer Exchange Access at ███ for ████████████████
**Importance:** High

████ et al

Just to synch up in this email thread here is the status:
1. ████████████████████████████████████████████████████████████████

2.   The ████████████████████     are ████████████████     by our TZ Product leadership. They are currently
in ████ and it's been a challenge to get a meeting scheduled until next week when they are back. The meeting is
required as I have to explain exactly why ████████████████     . Our Product leadership are very concerned
because ████████████████████████████████████████████     and ████████████████████████████
████████████████████████████████     . As you know we have ████████████████████████████████████
████████████████████████████

3.   If ████████████████████     by our TZ Product GM, I have worked with our CX team to ████████████████
████████████████████████████     .

I am looking to connect with the TZ Product GM and legal early next week (Monday-ish hopefully) as I understand the
January 25th timeline you talked about for ████████████████     .

Apologies for the delay but I/we are taking this very seriously and in full consideration of keeping the ████ support up
and running as soon as possible.

Cheers,

**Kevin Cartwright**
Client Relationship Manager

**From:** ████████████████████████████
**Sent:** Thursday, January 19, 2023 9:51 AM
**To:** Cartwright, Kevin (Cognizant) ████████████████████████

**Cc:** Cartwright, Kevin ▮

**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮
**Importance:** High

**CAUTION:** External Email

Hi Kevin,

Can you please provide an update on CX Access? There are several different email chains on this subject so pardon me if I am not replying to the latest one.

Thank you,

**From:** ▮
**Sent:** Friday, January 13, 2023 12:21 PM
**To:** ▮

**Cc:** Cartwright, Kevin ▮
**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮

FYI, we spoke about this internally last week. That is still TBD, but I hear you and we will do what is necessary and I will make sure we get ▮.

Cheers,

**Kevin Cartwright**
Client Relationship Manager

**From:** ▮
**Sent:** Friday, January 13, 2023 12:03 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** ▮
**Sent:** Friday, January 13, 2023 11:53 AM
**To:** ▮

**Cc:** Cartwright, Kevin ▮
**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮

Thank you for the update, Kevin. I am glad to hear we are making progress.

I did have a question on an item that ▮ had brought up regarding ▮ . ▮ had mentioned that the system ▮ Is this something you will be able to assist us with? If not, can you ▮ ?

**From:** ▮
**Sent:** Friday, January 13, 2023 11:03 AM
**To:** ▮

**Cc:** Cartwright, Kevin ▮
**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮

▮

I have not seen the FAS resources document as of this morning. However, I have proceeded with the App Support team as they are going to be more scrutinized from both the Product leadership and legal perspective because they are asking for ▮ .
As I have indicated the other protection that is non-negotiable is that ▮

The FAS team being only ▮
▮ will in theory be easier to complete. The caveat about ▮
▮ still applies.

The ▮ will require ▮ , and he is OOO and due back on Monday. Our legal has reviewed and is waiting to confer with him to move forward.

That is where we stand and assuming all goes well with the Product leadership review we should be able to get this resolved ahead of the Jan 25th deadline. Appreciate your patience and I am doing whatever we can in the meantime to keep this on track.

Cheers,

**Kevin Cartwright**
Client Relationship Manager

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**From:**
**Sent:** Friday, January 13, 2023 9:08 AM
**To:** Cartwright, Kevin (Cognizant)

**Cc:** Cartwright, Kevin
**Subject:** RE:

**CAUTION:** External Email

Hi Kevin,

Any updates on the NDAA for the app support team? If you do not have the document back for FAS team, can we still make progress on the NDAA for app support? We have a hard deadline coming up on the 25th for some of our employees so getting this implemented at least for app support is critical.

Thank you for your help.



**From:**
**Sent:** Tuesday, January 10, 2023 12:35 PM
**To:**

**Cc:** Cartwright, Kevin
**Subject:** RE: TZ Customer Exchange Access at     for
**Importance:** High

Narendra

Thank you for the updated document. I will send you the revisions we have made once I talk to my legal today.

Whom should I expect the equivalent document from for the FAS team?

FYI – I have attached my updates to use for remaining template for the FAS team. the

Cheers,

**Kevin Cartwright**
Client Relationship Manager



**From:** Narendra Kumar Kushwah
**Sent:** Monday, January 9, 2023 4:14 PM
**To:** ▮                                    Cartwright, Kevin (Cognizant)

**Cc:** Cartwright, Kevin ▮                          Naveen B.
**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮

**CAUTION:** External Email

+ Naveen from App Team

Hi Kevin,

Please find the updated draft NDAA.

@▮   I have copied Naveen who managed the App Team and Mahesh reports to him.

--
Thanks & Regards
Narendra Kushwah
M: ▮
*Planned Leave:*

**From:** ▮
**Sent:** Monday, January 9, 2023 4:59 PM
**To** ▮
                                        Narendra Kumar Kushwah

**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮

[**EXTERNAL EMAIL**]

They will be downloading to a ▮          instance if that helps but as you mentioned we can talk later.

**From:** ▮
**Sent:** Monday, January 9, 2023 1:55 PM
**To:** ▮
**Cc:** Cartwright, Kevin ▮
**Subject:** RE: TZ Customer Exchange Access at ▮ for ▮

▮

That looks good to me with the caveat of what I mentioned before in terms of ▮

We can quickly chat.

Cheers,

**Kevin Cartwright**
Client Relationship Manager
<img border=0 width=181 height=61 style='width:1.8819in;height:.6388in' id="Picture_x0020_19" src="cid:image001.gif@01D92CEF.C6B

COG_15070148
Appx. 033

# EXHIBIT H

## (FILED UNDER PROVISIONAL SEAL)

Message



**From:**      Poper, Joshua (Cognizant) [                    ]
**Sent:**      1/5/2024 3:55:00 PM
**To:**        Radhakrishnan, Senthil (cognizant) [                    ]; Gada, Sachin (Cognizant)
               [                    ]; Armstrong, Brad(Cognizant) [                    ]; Bruce, Jeff
               (Cognizant) [                    ]
**Subject:**   FW: [                    ]

This is a very interesting change of events. [                                        ] and we have permission to
play hardball with their access to our products

Lets chat offline on this

**Joshua Poper**
Sales Overlay Sr, Director
TriZetto Strategic Solution Architecture – Cognizant Healthcare

M [                    ]

**cognizant**

---

**From:** Dziedzic, Matthew (Cognizant) < [                    ] >
**Sent:** Friday, January 5, 2024 7:22 AM
**To:** Murphy, Diana (Cognizant) < [                    ] >; Poper, Joshua (Cognizant)
< [                    ] >
**Subject:** Re: [                    ]

Sounds good.

Poper...we have the authority to play hardball at [    ] if it helps.

**Matt Dziedzic**
TriZetto Head of Markets
Cognizant Healthcare
**M** [                    ]

---

**From:** Murphy, Diana (Cognizant) < [                    ] >
**Sent:** Friday, January 5, 2024 7:21:31 AM
**To:** Dziedzic, Matthew (Cognizant) [                    ]; Poper, Joshua (Cognizant)
< [                    ] >
**Subject:** RE: [                    ]

Matt, will look to you to make that final call. Per our call yesterday with [    ] we need to work to get another alternative for
our clients in the larger consulting space lined up.

---

**From:** Dziedzic, Matthew (Cognizant) < [                    ] >
**Sent:** Friday, January 5, 2024 9:19 AM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**To:** Murphy, Diana (Cognizant) ◄ █████████████ >; Poper, Joshua (Cognizant)
◄ █████████████ >
**Subject:** Re: ████████████

But in essence, ███████████████████████████████████

Some we can play hard ball with for ██████████ if necessary.

**Matt Dziedzic**
TriZetto Head of Markets
Cognizant Healthcare
█ ████████

---

**From:** Murphy, Diana (Cognizant) ████████████████
**Sent:** Friday, January 5, 2024 7:18:06 AM
**To:** Poper, Joshua (Cognizant) ◄ ██████████ >
**Cc:** Dziedzic, Matthew (Cognizant) ◄ ██████████ >
**Subject:** RE: ████████████

Hi!

For ██████████ there will be █████████████. They are starting to play in the product
world so we need to tighten our stance with them.

---

**From:** Poper, Joshua (Cognizant) ◄ █████████ >
**Sent:** Thursday, January 4, 2024 7:35 PM
**To:** Murphy, Diana (Cognizant) ◄ █████████ >
**Cc:** Dziedzic, Matthew (Cognizant) ◄ █████████ >
**Subject:** ████████

Diana

Matt mentioned that we ████████████ Is this correct, and if so, ████████████
████████████

Thanks

**Joshua Poper**
Sales Overlay Sr, Director
TriZetto Strategic Solution Architecture – Cognizant Healthcare

██████████



cognizant

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT I

## (FILED UNDER PROVISIONAL SEAL)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT J

## (FILED UNDER PROVISIONAL SEAL)

Message

| | |
|---|---|
| **From**: | Hatt, Jason (Cognizant) |
| **Sent**: | 3/4/2020 11:42:49 PM |
| **To**: | Josephs, Nicholas (Cognizant) |
| **CC**: | Wilson, John (Cognizant)　　　　　　　　　; Nagavarapu, Vijay(Cognizant) |
| | ; Carpenter, David (Cognizant)　　　　　　] |
| **Subject**: | RE: Third Party Access Rights - |

Thanks for this info Nick. Vijay just setup a call to talk to Makesh on Friday (he is the SBU CP). The concern is that we want to be clear to not upset ▆ (especially with the potential work sitting at our front door with them). I expect our discussion will just clarify the talking points to ensure we have the messaging right.

**Jason Hatt**
Engagement Lead | Healthcare Product Consulting



   

Cognizant.com

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Josephs, Nicholas (Cognizant) <　　　　　　　　　>
**Sent:** Wednesday, March 4, 2020 4:13 PM
**To:** Hatt, Jason (Cognizant)　　　　　　　　　>; Nagavarapu, Vijay (Cognizant)
　　　　　　　　>; Carpenter, David (Cognizant) <　　　　　　　　　>
**Cc:** Wilson, John (Cognizant) <　　　　　　　>
**Subject:** RE: Third Party Access Rights -

Hi Jason,

I discussed with John -

1.    Since they are needing this for Facets only, ▆▆▆▆▆▆▆ ▆ ▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

2.    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆ Hence the response to Option 1 above. For the ▆▆, we strongly prefer that you work to obtain

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆, ▆▆▆▆ Ultimately you have the temperature of the client; please let us know the approach that you believe best balances out need to ▆▆▆▆ out of our confidential information with the overall customer relationship.

I look forward to your feedback. Thanks,

**Nick Josephs**
Provider SBU Delivery Director



Cognizant.com

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Hatt, Jason (Cognizant) <⬛⬛⬛>
**Sent:** Wednesday, March 4, 2020 10:54 AM
**To:** Nagavarapu, Vijay (Cognizant) <⬛⬛⬛⬛⬛>; Carpenter, David (Cognizant)
⬛⬛⬛>; Josephs, Nicholas (Cognizant) ⬛⬛⬛
**Cc:** Wilson, John (Cognizant) ⬛⬛⬛
**Subject:** RE: Third Party Access Rights - ⬛⬛⬛

The attached spreadsheet was just pulled off ⬛ This is all the ⬛⬛⬛⬛⬛.

We have now had this request for a few days and we need to get a response ASAP. I believe the appropriate next steps
(I assume after a discussion with Makesh) is to contact ⬛⬛⬛ and explain that ⬛⬛

Talking Points:

* ⬛⬛
* ⬛⬛
* ⬛⬛
* ⬛⬛
* ⬛⬛

**Jason Hatt**
Engagement Lead | Healthcare Product Consulting

Cognizant

Cognizant.com

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Nagavarapu, Vijay (Cognizant) <█████████████████ >
**Sent:** Wednesday, March 4, 2020 8:03 AM
**To:** Carpenter, David (Cognizant) <█████████ >; Hatt, Jason (Cognizant)
<█████████ >; Josephs, Nicholas (Cognizant) <█████████ >
**Cc:** Wilson, John (Cognizant) <█████████ >
**Subject:** RE: Third Party Access Rights - █████████████

Jason / Nick,

I updated Makesh and will setup a call.

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████

Thanks,
Vijay

**From:** Wilson, John (Cognizant) █████████████ >
**Sent:** Tuesday, March 3, 2020 1:08 PM
**To:** Carpenter, David (Cognizant) <█████████ >; Hatt, Jason (Cognizant)
█████████ >; Josephs, Nicholas (Cognizant) █████████ >; Nagavarapu, Vijay
(Cognizant) <█████████ >
**Subject:** RE: Third Party Access Rights - █████████████

I would like confirmation that the █████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████

The problem, as Nick can explain, is that while we can █████████████████████████████████
██████████████████████████████████████████████████

**From:** Carpenter, David (Cognizant)
**Sent:** Tuesday, March 03, 2020 10:46 AM
**To:** Hatt, Jason (Cognizant); Josephs, Nicholas (Cognizant); Wilson, John (Cognizant); Nagavarapu, Vijay (Cognizant)
**Subject:** Re: Third Party Access Rights - █████████████

Jason,

I agree about working with Makesh before communicating (that's what I meant by "we", but I should have clarified).

So one action is for Vijay to set up a meeting with this group and Makesh. What are the other next steps to keep this moving forward, and who owns them? Thank you.

Best Regards,
Dave

**David Carpenter**
GM, TriZetto/Cognizant Markets East

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Jason Hatt <⬛⬛⬛⬛>
**Date:** Monday, March 2, 2020 at 6:53 PM
**To:** "Josephs, Nicholas (Cognizant)" <⬛⬛⬛⬛>, "Carpenter, David (Cognizant)"
<⬛⬛⬛⬛>, "Wilson, John (Cognizant)" <⬛⬛⬛⬛>, "Nagavarapu,
Vijay (Cognizant)" <⬛⬛⬛⬛>
**Subject:** RE: Third Party Access Rights -⬛⬛⬛⬛

Let's next have a conversation with Makesh before we communicate with⬛⬛ (Vijay, can you help us find some time with Makesh and this group on Tuesday or no later than Wednesday this week?).  Based on direction from Makesh we can then talk to⬛⬛ where can state the date when the access will be⬛⬛⬛⬛

John asked some questions below that we need to answer.



This could be contentious with⬛⬛ as they already have resources and we are not allowing them to perform the business functions they need from the resource.  It is possible⬛⬛ could just⬛⬛

**Jason Hatt**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Engagement Lead | Healthcare Product Consulting



M
Cognizant.com

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Josephs, Nicholas (Cognizant) >
**Sent:** Monday, March 02, 2020 5:19 PM
**To:** Carpenter, David (Cognizant) < >; Wilson, John (Cognizant) >; Hatt, Jason (Cognizant) < >
**Cc:** Nagavarapu, Vijay (Cognizant) < >
**Subject:** RE: Third Party Access Rights -

HI David,

Can you please send me the applicable MSLSA so that I can review and advise?

Thanks,

**Nick Josephs**
Provider SBU Delivery Director

M
Cognizant.com

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Carpenter, David (Cognizant) < >
**Sent:** Monday, March 2, 2020 4:07 PM
**To:** Wilson, John (Cognizant) < >; Hatt, Jason (Cognizant) < >; Josephs, Nicholas (Cognizant)
**Cc:** Nagavarapu, Vijay (Cognizant)
**Subject:** Re: Third Party Access Rights -

Thank you, John and Nick.

So are these the next steps?

COG_15553385
**Appx. 046**



**Best Regards,**
**Dave**

**David Carpenter**
GM, TriZetto/Cognizant Markets East

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** "Wilson, John (Cognizant)" <                          >
**Date:** Monday, March 2, 2020 at 2:06 PM
**To:** Jason Hatt                          >, "Josephs, Nicholas (Cognizant)"
<                          >
**Cc:** "Nagavarapu, Vijay (Cognizant)" <                          >, "Carpenter, David (Cognizant)"
>
**Subject:** RE: Third Party Access Rights -

I added a few comments, below.

**From:** Hatt, Jason (Cognizant)
**Sent:** Monday, March 02, 2020 1:16 PM
**To:** Josephs, Nicholas (Cognizant); Nagavarapu, Vijay (Cognizant); Carpenter, David (Cognizant); Wilson, John
(Cognizant)
**Subject:** RE: Third Party Access Rights -

Nick (and John),

Thanks for the quick review and response. I think we need more details before we can go back to
Cigna.



This could be contentious with ▮▮▮▮ as they already have resources and we are not allowing them to
perform the business functions they need from the resource.



**Jason Hatt**
Engagement Lead | Healthcare Product Consulting

**Cognizant**

Cognizant.com

  

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

**From:** Josephs, Nicholas (Cognizant) <​                                        ​>
**Sent:** Monday, March 02, 2020 11:35 AM
**To:** Hatt, Jason (Cognizant)                          ; Nagavarapu, Vijay (Cognizant)
                                 >; Carpenter, David (Cognizant) <​                              ​>; Wilson, John
(Cognizant) <​                          ​>
**Subject:** RE: Third Party Access Rights -

[Added John Wilson]

Thanks Jason, David and Vijay for meeting with me earlier this morning regarding                                   a
Facets client.

Your immediate-term request was to be able to provide access                                                       The
purpose of this access would be to
                                       .

I reviewed your ask with John and he has confirmed that we

Thanks,

**Nick Josephs**
Provider SBU Delivery Director

**Cognizant**

M

Cognizant.com

CONFIDENTIALITY NOTICE: This electronic message transmission is intended only for the person or the entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including personal health or other information which may be protected by federal or state law. If you have received this transmission,

but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please contact the sender of the e-mail and destroy the original message and all copies.

-----Original Appointment-----
**From:** Hatt, Jason (Cognizant)                                    >
**Sent:** Thursday, February 27, 2020 7:13 PM
**To:** Hatt, Jason (Cognizant); Josephs, Nicholas (Cognizant); Nagavarapu, Vijay (Cognizant); Carpenter, David (Cognizant)
**Subject:** Third Party Access Rights -
**When:** Monday, March 2, 2020 9:30 AM-10:00 AM (UTC-07:00) Mountain Time (US & Canada).
**Where:** WebEx

Notes for mtg:
- The attached document is cra cra, where did if come from?
- 

We need to talk about this situation and get a go forward direction.

           spoke to the personnel manager within          to understand the needs of the access request. We need to determine                                                            or what other actions can be taken.

Attached is the last document we provided to some of the

-- Do not delete or change any of the following text. --

Join WebEx meeting from a Browser (**Call using Computer** recommended for **HD** Audio experience)

Join from a Video Conferencing system

Join by phone

Global call-in numbers | Toll-free calling restrictions
Can't join the meeting? Contact support.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY