UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> *Defendant*. <br><br> ─────────────────── <br><br> INFOSYS LIMITED, <br><br> *Counterclaim Plaintiff*, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> *Counterclaim Defendants*. | Case No. 3:24-cv-2158-X <br><br> The Honorable Brantley Starr <br><br> Magistrate Judge David L. Horan |

### INFOSYS LIMITED'S MOTION TO PARTIALLY STRIKE REPLY BRIEF OR, ALTERNATIVELY, FOR LEAVE TO FILE SUR-REPLY, AND TO STRIKE REPLY APPENDIX

In its reply brief, Cognizant[1] includes a paragraph arguing for the first time that "benefit administrator software should be in the Software Market." Dkt. 188, at 2 ("Reply"). Because this

---

[1] Plaintiff-Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp. (together, "Cognizant").

new argument is improper and waived, Infosys[2] moves to strike the following paragraph from Cognizant's Reply:

> In response, Infosys now pretends that it included in the Software Market "any software" that offers functionality for any of a health plan's needs. Opp. 4. But that dodge creates new and different inconsistencies in Infosys' FAC, which expressly excludes from the market software that addresses some but not all three of those core needs. For example, Infosys excludes software for "benefits administrators" because they do not need to perform all the same functions as health plans. ¶¶ 117, 128. But at the same time, Infosys admits that one type of benefit administrator— "third-party administrators"—performs the core health plan function of processing claims. Compare ¶ 117 ("Self-funded plans use third-party administrators to process claims"), with ¶ 119 ("claims processing" is one of the core functions of health plans). Per Infosys' Opposition, then, benefit administrator software should be in the Software Market, because it performs at least one of the core functions of health plans, and a health plan could mix and match benefit administration software with other products to fulfill its three core needs. Because Infosys' confused market definition remains internally inconsistent, it is impossible to determine whether all "'reasonably interchangeable'" products are included, and dismissal is proper once again. Dkt. 141 at 5.

Reply at 1–2. In the alternative, Infosys moves for leave to respond to this new argument by filing the attached Sur-Reply in Further Opposition to Cognizant's Motion to Dismiss, explaining that the argument is not only improper and waived but also meritless.

In addition, Cognizant improperly filed a lengthy Reply Appendix providing new evidence in support of its request for a stay of antitrust discovery, Dkt. 189, without requesting leave of court to do so.

Accordingly, as detailed in Infosys's supporting memorandum, Infosys respectfully requests that the Court strike the paragraph above from Cognizant's Reply or, in the alternative, grant Infosys leave to file the attached Sur-Reply; and that the Court strike Cognizant's Reply Appendix in its entirety and decline to consider the associated argument in Cognizant's Reply.

---

[2] Defendant-Counterclaim Plaintiff Infosys Limited ("Infosys").

Dated: January 12, 2026

Respectfully submitted,

By: */s/ Douglas E. Litvack*

Christopher J. Schwegmann (SBN 24051315)
Joshua Lang (SBN 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
cschwegmann@lynnllp.com
jlang@lynnllp.com

Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

Douglas E. Litvack (*pro hac vice*)
Jariel A. Rendell (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited*

3

## CERTIFICATE OF CONFERENCE

This motion is opposed. Counsel for Infosys and counsel for Cognizant conferred in accordance with Local Rule 7.1 regarding this motion on January 9, 2026 via email and January 12, 2026 via Zoom. Agreement could not be reached because the parties understood their respective positions and respectfully disagreed.

<u>/s/ Jariel A. Rendell</u>
Jariel A. Rendell

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I caused the foregoing to be electronically filed with the Clerk of Court for the U.S. District Court for the Northern District of Texas using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Douglas E. Litvack*
Douglas E. Litvack
