IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INFOSYS LIMITED,<br><br>　　　　Defendant. | Case No. 3:24-cv-2158-X<br><br>The Honorable Brantley Starr |
| INFOSYS LIMITED,<br><br>　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>　　　　Counterclaim Defendants. | |

**MOTION BY COUNTERCLAIM DEFENDANTS FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

Counterclaim-Defendants Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. (collectively "Cognizant") respectfully move for leave to submit, in support of their pending motion to dismiss, the attached Notice of Supplemental Authority calling to the Court's attention the Ninth Circuit Court of Appeals recent opinion in *AliveCor, Inc. v. Apple Inc.*, --- F.4th ---, No. 4:21-cv-03958 (9th Cir. Jan. 8, 2026) (attached as Exhibit 1 to the Notice). Counterclaim Plaintiff Infosys opposes this motion.

A court should grant leave to file supplemental authority where the movant "show[s] that it has new information that was not available at the time it filed its [earlier briefing]" and "demonstrate[s] that this information is relevant to the Court's . . . analysis and would therefore aid the justiciable disposition of [the] case." *Silvas v. Equifax Info. Servs., LLC*, 3:19-CV-2932-K, 2020 WL 4000848, at *2 (N.D. Tex. July 15, 2020) (quoting *Hoffman v. AmericaHomeKey, Inc.*, 2014 WL 12577347, at *1–2 (N.D. Tex. July 29, 2014)) (granting leave to submit cases that were relevant to the court's analysis and unavailable during initial briefing).

Here, the Ninth Circuit issued its opinion in *AliveCor, Inc. v. Apple Inc.*, No. 4:21-cv-03958 on January 8, 2026—after briefing on Cognizant's motion to dismiss had closed. Further, for the reasons laid out in the attached Notice, this opinion is relevant to the pending motion and will "aid the justiciable disposition of [the] case." *Silvas*, 2020 WL 4000848, at *2. Accordingly, the Court should allow the Notice of Supplemental Authority.

Dated: January 12, 2026

/s/ *John T. Cox III*
John T. Cox III
  Texas Bar: 24003722
Betty Yang
  Texas Bar: 24088690
Bradley G. Hubbard
  Texas Bar: 24090174
GIBSON, DUNN & CRUTCHER LLP

2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel:   214.698.3226
Fax:  214.571.2900
tcox@gibsondunn.com
byang@gibsondunn.com
bhubbard@gibsondunn.com

Rachel S. Brass (*admitted pro hac vice*)
  California Bar:  219301
L. Kieran Kieckhefer (*admitted pro hac vice*)
  California Bar:  251978
Elizabeth McCloskey (*admitted pro hac vice*)
  California Bar:  268184
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:   415.393.8200
Fax:  415.393.8306
rbrass@gibsondunn.com
kkieckhefer@gibsondunn.com
emccloskey@gibsondunn.com

Samuel G. Liversidge (*admitted pro hac vice*)
  California Bar:  180578
S. Christopher Whittaker (*admitted pro hac vice*)
  California Bar:  283518
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel:   213.229.7000
Fax:  213.229.7520
sliversidge@gibsondunn.com
cwhittaker@gibsondunn.com

*Attorneys for Counterclaim Defendants*
*Cognizant TriZetto Software Group, Inc. and*
*Cognizant Technology Solutions Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

Dated: January 12, 2026                    */s/ John T. Cox III*
                                           John T. Cox III

**CERTIFICATE OF CONFERENCE**

      This motion is opposed.  I certify that on January 12, 2026, Counsel for Infosys and counsel for Cognizant conferred in accordance with Local Rule 7.1 regarding this motion on January 12, 2026 via Zoom and email.  Agreement could not be reached because the parties understood their respective positions and respectfully disagreed.

Dated:  January 12, 2026                                          */s/ S. Christopher Whittaker*
                                                                                        S. Christopher Whittaker