# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. <br><br> INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | Case No. 3:24-cv-2158-X <br><br> The Honorable Brantley Starr <br><br><br> Magistrate Judge David L. Horan |

## JOINT AGREED MOTION TO STAY CASE TO FACILITATE MEDIATION AND TO RESET CASE SCHEDULE

Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc., Counterclaim Defendant Cognizant Technology Solutions Corp. (collectively, "Cognizant"), and Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys") (together, "the Parties") jointly move to stay the above-captioned case and continue all deadlines as set forth in this Court's September 5, 2025, Scheduling Order, Dkt. 132, (the "Scheduling Order"), or as otherwise required by the Local Rules or prior Orders, by sixty (60) days.

A scheduling order may be modified for good cause, and district courts have "broad discretion in deciding whether there is good cause to modify [a] scheduling order." *Bonn Operating Co. v. Devon Energy Prod. Co., LP*, 2009 WL 10677307, at *4 (N.D. Tex. Apr. 21, 2009) (cleaned up). Here, the Parties have agreed to mediate this case with Miles N. Ruthberg, an accomplished and sophisticated mediator.[1] Mediation is scheduled for the first week of March 2026, while the close of fact discovery in this case under the current Scheduling Order is March 11, 2026. *See* Dkt. 132. In order to avoid the significant expense of discovery that may be unnecessary, as well as potentially unnecessary efforts by the Court in resolving pending disputes, the Parties jointly request a stay of this case for sixty (60) days, and a continuation of all deadlines by a corresponding sixty (60) days. The Parties further agree to update the Court on the outcome of the mediation within three (3) business days of concluding mediation.

The Parties have met and conferred and agreed on a proposed modification to the schedule, subject to the Court's approval, which is set forth below:

| Event | Current Court Ordered Deadline (Dk. #132) | Jointly Proposed Continued Deadline |
|---|---|---|
| Close of fact discovery | March 11, 2026 | May 11, 2026 |
| Parties to confer and file a joint report informing the Court of their choice of a mediator or their inability to agree upon a mediator | April 1, 2026 | June 1, 2026 |
| Opening expert reports | April 16, 2026 | June 15, 2026 |
| Rebuttal expert reports | June 4, 2026 | August 3, 2026 |
| Close of expert discovery | June 25, 2026 | August 24, 2026 |
| Mediation deadline | July 9, 2026 | September 8, 2026 |

---

[1] *See* Miles N. Ruthberg, Phillips ADR Enterprises, https://phillipsadr.com/our-team/miles-n-ruthberg/ (last accessed Jan. 14, 2026).

| Event | Current Court Ordered Deadline (Dk. #132) | Jointly Proposed Continued Deadline |
|---|---|---|
| Parties to confer and file a joint report setting forth the status of settlement negotiations | July 16, 2026 | September 14, 2026 |
| All motions for summary judgment | July 23, 2026 | September 23, 2026 |
| All challenges to experts, including motions to strike or exclude expert witnesses | July 23, 2026 | September 23, 2026 |
| All oppositions to motions for summary judgment | August 20, 2026 | October 20, 2026 |
| All oppositions to challenges to experts | August 20, 2026 | October 20, 2026 |
| All replies in support of motions for summary judgment | September 10, 2026 | November 10, 2026 |
| All replies in support of challenges to experts | September 10, 2026 | November 10, 2026 |
| Joint Pretrial Order containing the information required by Local Rule 16.4 | December 11, 2026 | February 9, 2027 |
| Complying with Local Rule 26.2 regarding exhibit lists, exhibits, witness lists, and deposition designations | December 11, 2026 | February 9, 2027 |
| All motions in limine | December 11, 2026 | February 9, 2027 |
| All responses to the motions in limine | January 8, 2027 | March 9, 2027 |
| All objections to witnesses (except expert witnesses), exhibits, and deposition designations | January 8, 2027 | March 9, 2027 |

| Event | Current Court Ordered Deadline (Dk. #132) | Jointly Proposed Continued Deadline |
|---|---|---|
| All objections to the interrogatories. | January 8, 2027 | March 9, 2027 |
| Parties to confer and file a joint status report on pretrial objections to exhibits, witnesses (except expert witnesses), and deposition designations. | January 15, 2027 | March 16, 2027 |
| Pretrial Conference | January 25, 2027 | Week of March 22, 2027 |
| Trial | February 1, 2027 | April 5, 2027 |

The Parties further request a sixty (60) day extension of all deadlines otherwise required under the Local Rules and any prior Orders entered in this case to the extent such deadlines have not passed prior to entry of the stay, including, without limitation, the deadlines for:

- Infosys to file any reply in support of its Motion to Partially Strike Reply or, Alternatively, for Leave to File a Sur-Reply, and to Strike Reply Appendix, Dkt. 196;

- Infosys to file any opposition to Cognizant's Motion for Leave to File Notice of Supplemental Authority, Dkt. 198;

- Cognizant to file any subsequent reply in support of its Motion for Leave to File Notice of Supplemental Authority, Dkt. 198; and

- the Parties to complete any exchanges and filings of in-process joint reports on non-dispositive discovery issues under Magistrate Judge Horan's Standing Order, Dkt. 107.

The Parties stipulate to the timeliness of, and request that the Court deem timely, a filing that could have been made during the stay but is instead made within sixty (60) days of the expiration of the stay *unless* the filing (a) would have been untimely even if it had it been made at least sixty (60) days earlier or (b) is untimely under an Order entered after the expiration of the stay.

The Parties agree that these extensions are reasonable, will facilitate the mediation process, and will conserve the resources of both the Court and the Parties. Accordingly, to facilitate mediation, the Parties jointly request that the Court grant this motion to stay the case and to reset the schedule.

Dated: January 15, 2026

Respectfully submitted,

/s/ *Christopher J. Schwegmann*

/s/ *John T. Cox, III*

Christopher J. Schwegmann
(SBN 24051315)
Joshua Lang (SBN 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
Fax: (214) 981-3839
cschwegmann@lynnllp.com
jlang@lynnllp.com

Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
**JENNER & BLOCK LLP**

Rachel S. Brass (*pro hac vice*)
L. Kieran Kieckhefer (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
Christina E. Myrold (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
kkieckhefer@gibsondunn.com
emccloskey@gibsondunn.com
cmyrold@gibsondunn.com

John T. Cox, III (SBN 24003722)
Betty Yang (SBN 24088690)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923 USA
Tel.: 214.698.3226
tcox@gibsondunn.com
byang@gibsondunn.com
bhubbard@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)

| | |
|---|---|
| 353 N. Clark Street<br>Chicago, IL 60654<br>Tel.: (312) 222-9350<br>SPillay@jenner.com<br>LPelanek@jenner.com<br><br>Douglas E. Litvack (*pro hac vice*)<br>Jariel A. Rendell (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>DLitvack@jenner.com<br>JRendell@jenner.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited* | S. Christopher Whittaker (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel.: 213.229.7000<br>sliversidge@gibsondunn.com<br>cmccracken@gibsondunn.com<br>cwhittaker@gibsondunn.com<br><br>Ahmed ElDessouki (*pro hac vice)*<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Ave.<br>New York, NY 10166<br>Tel.: 212.351.2345<br>aeldessouki@gibsondunn.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.


Dated:  January 15, 2026                                        */s/ John T. Cox III*
                                                                                            John T. Cox III

## CERTIFICATE OF CONFERENCE

This joint motion is unopposed. Pursuant to Northern District of Texas Local Civil Rule 7.1(b), I certify that on January 15, 2026, counsel for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp. conferred with counsel for Defendant and Counterclaim Plaintiff Infosys Limited regarding this motion via email. All parties agreed regarding the relief requested.

Dated:  January 15, 2026                        */s/ John T. Cox III*
                                                                    John T. Cox III