# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | Case No. 3:24-cv-2158-X |
| Plaintiff, | The Honorable Brantley Starr |
| v. | |
| INFOSYS LIMITED, | |
| Defendant. | Magistrate Judge David L. Horan |
| INFOSYS LIMITED, | |
| Counterclaim Plaintiff, | |
| v. | |
| COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | |
| Counterclaim Defendants. | |

## <u>ORDER GRANTING STAY AND RESETTING CASE SCHEDULE</u>

Having considered the parties' Joint Agreed Motion to Stay Case to Facilitate Mediation and to Reset Case Schedule, the Court hereby stays all current deadlines in the above captioned case for sixty (60) days from the date of this Order to facilitate mediation. The parties are ordered to update the Court regarding the outcome of mediation within three (3) business days of concluding mediation. The Court further orders that the Scheduling Order issued on September 5, 2025 (Dkt. 132) is amended as follows:

1

| Event | Current Court Ordered Deadline (Dk. #132) | Jointly Proposed Continued Deadline |
|---|---|---|
| Close of fact discovery | March 11, 2026 | May 11, 2026 |
| Parties to confer and file a joint report informing the Court of their choice of a mediator or their inability to agree upon a mediator | April 1, 2026 | June 1, 2026 |
| Opening expert reports | April 16, 2026 | June 15, 2026 |
| Rebuttal expert reports | June 4, 2026 | August 3, 2026 |
| Close of expert discovery | June 25, 2026 | August 24, 2026 |
| Mediation deadline | July 9, 2026 | September 8, 2026 |
| Parties to confer and file a joint report setting forth the status of settlement negotiations | July 16, 2026 | September 14, 2026 |
| All motions for summary judgment | July 23, 2026 | September 23, 2026 |
| All challenges to experts, including motions to strike or exclude expert witnesses | July 23, 2026 | September 23, 2026 |
| All oppositions to motions for summary judgment | August 20, 2026 | October 20, 2026 |
| All oppositions to challenges to experts | August 20, 2026 | October 20, 2026 |
| All replies in support of motions for summary judgment | September 10, 2026 | November 10, 2026 |
| All replies in support of challenges to experts | September 10, 2026 | November 10, 2026 |

| Event | Current Court Ordered Deadline (Dk. #132) | Jointly Proposed Continued Deadline |
|---|---|---|
| Joint Pretrial Order containing the information required by Local Rule 16.4 | December 11, 2026 | February 9, 2027 |
| Complying with Local Rule 26.2 regarding exhibit lists, exhibits, witness lists, and deposition designations | December 11, 2026 | February 9, 2027 |
| All motions in limine | December 11, 2026 | February 9, 2027 |
| All responses to the motions in limine | January 8, 2027 | March 9, 2027 |
| All objections to witnesses (except expert witnesses), exhibits, and deposition designations | January 8, 2027 | March 9, 2027 |
| All objections to the interrogatories. | January 8, 2027 | March 9, 2027 |
| Parties to confer and file a joint status report on pretrial objections to exhibits, witnesses (except expert witnesses), and deposition designations. | January 15, 2027 | March 16, 2027 |
| Pretrial Conference | January 25, 2027 | Week of March 22, 2027 |
| Trial | February 1, 2027 | April 5, 2027 |

The Court further orders that all deadlines otherwise required under the Local Rules and any prior Orders entered in this case are hereby extended by sixty (60) days to the extent such deadlines have not passed prior to entry of this Order, including, without limitation, the deadlines for: Infosys to file any reply in support of its Motion to Partially Strike Reply or, Alternatively, for Leave to File a Sur-Reply,

and to Strike Reply Appendix, Dkt. 196; Infosys to file any opposition to Cognizant's Motion for Leave to File Notice of Supplemental Authority, Dkt. 198; Cognizant to file any subsequent reply in support of its Motion for Leave to File Notice of Supplemental Authority, Dkt. 198; and the Parties to complete any exchanges and filings of in-process joint reports on non-dispositive discovery issues under Magistrate Judge Horan's Standing Order, Dkt. 107.

The Parties have stipulated to the timeliness of, and the Court will deem timely, a filing that could have been made during the stay but is instead made within sixty (60) days of the expiration of the stay *unless* the filing (a) would have been untimely even if it had it been made at least sixty (60) days earlier or (b) is untimely under an Order entered after the expiration of the stay.

In so doing, the Court notes that because this stay brings the case close to the three-year list, it will not be inclined to grant further delays.

**IT IS SO ORDERED** this 16th of January, 2026.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE