UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 3:24-CV-2158-X |
| v. | § § | |
| INFOSYS LIMITED, | § § | |
| *Defendant.* | § § § | |

## **ORDER**

To avoid future confusion, the Court amends its prior order granting Infosys Limited Motion to Refer Non-Dispositive Pre-Trial Discovery Matters to Magistrate Judge Horan.  (Doc. 104).  The Court refers all non-dispositive motions, including Cognizant's Motion for Leave to File an Amended Complaint (Doc. 215), to the able Magistrate Judge Horan.[1]

**IT IS SO ORDERED** this the 2nd day of April, 2026.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] The Court excludes motions in limine and jury charges from this order.

1