# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS LIMITED, <br><br> Defendant. <br> INFOSYS LIMITED, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., <br><br> Counterclaim Defendants. | Case No. 3:24-cv-2158-X <br><br> The Honorable Brantley Starr <br><br> Magistrate Judge David L. Horan <br><br> Special Master Paul D. Stickney |

## STIPULATION AND ORDER
## TO EXTEND TIME TO FILE SEALING BRIEFING

Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. ("TriZetto"), Counterclaim Defendant Cognizant Technology Solutions Corp. ("CTS") (together, "Cognizant"), and Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys") (collectively, "the Parties"), through their undersigned attorneys, hereby stipulate and agree as follows:

---

**A. Extension of Time Re TriZetto's Motion to Seal Exhibits A4 and A6 of Joint Report regarding Infosys's Motion to Compel Further Responses to Interrogatory Nos. 13 and 14**

WHEREAS, on May 6, 2026, the Parties filed a Joint Report regarding Infosys's Motion to Compel Further Responses to Interrogatory Nos. 13 and 14 (Dkt. No. 367);

WHEREAS, pursuant to the established process in this case, Infosys requested that the Court provisionally seal Exhibits A4 and A6 to the Joint Report and, with agreement from Cognizant, proposed that TriZetto file a brief explaining why it believes the Court should seal Exhibits A4 and A6 in their entirety by May 19, 2026 (Dkt. No. 366);

WHEREAS, TriZetto requires additional time to file a brief explaining why it believes the Court should seal Exhibits A4 and A6;

WHEREAS, the Parties have agreed to extend the deadline to file the brief from May 19, 2026, to May 26, 2026;

**B. Extension of Time Re Infosys's Opposition to TriZetto's Motion to Seal Exhibit B1 of Joint Report regarding TriZetto's Motion to Compel a Complete Response to TriZetto's Interrogatory No. 20**

WHEREAS, on April 27, 2026, the Parties filed a Joint Report regarding TriZetto's Motion to Compel a Complete Response to TriZetto's Interrogatory No. 20 (Dkt. No. 347-1);

WHEREAS, pursuant to the established process in this case, Cognizant requested that the Court provisionally seal Exhibits A3, A5, B1, B2, and B3 to the Joint Report and, with agreement from Infosys, proposed that the parties file briefs in support of their respective requests by May 11, 2026, and optional responsive briefs challenging the other party's request by May 21, 2026 (Dkt. No. 350);

WHEREAS, on May 11, 2026, TriZetto filed a motion to maintain Exhibit B1 to the Joint Report under seal (Dkt. No. 379);

2

WHEREAS, Infosys requires additional time to file a brief explaining its opposition to Cognizant's request to maintain Exhibit B1 under seal;

WHEREAS, the Parties have agreed to extend the deadline for Infosys to file its opposition brief from May 21, 2026 to May 26, 2026;

**C. Extension of Time Re Infosys's Motion to Seal Report and Appendix regarding TriZetto's Motion to Compel a Complete Response to TriZetto's Interrogatory No. 11**

WHEREAS, on May 11, 2026, TriZetto filed a Motion to Compel Supplemental Response to Interrogatory No. 11 (Dkt. No. 381);

WHEREAS, pursuant to the established process in this case, TriZetto requested that the Court provisionally seal the Joint Report and Appendix filed in Support of the Motion to Compel Supplemental Response to Interrogatory No. 11 and, with agreement from Infosys, proposed that Infosys file a brief providing the court with argument in support of its request to maintain the Report and Appendix under seal by May 25, 2026 (Dkt. No. 384);

WHEREAS, Infosys requires additional time to file a brief explaining why the Court should maintain the Report and Appendix under seal;

WHEREAS, the Parties have agreed to extend the deadline to file Infosys's brief from May 25, 2026, to May 26, 2026;

WHEREAS, the Parties do not enter into this stipulation for the purpose of delay;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, SUBJECT TO THE APPROVAL OF THE COURT:

1. TriZetto will file its brief explaining why it believes the Court should seal Exhibits A4 and A6 on or before May 26, 2026.

2. Infosys will file its brief opposing TriZetto's motion to seal Exhibit B1 to the Joint Report Regarding TriZetto's Motion to Compel a Complete Response to TriZetto's Interrogatory No. 20 on or before May 26, 2026.

3. Infosys will file its brief explaining why it believes the Court should seal the Report and Appendix related to TriZetto's Motion to Compel Supplemental Response to Interrogatory No. 11 on or before May 26, 2026.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Brent Caslin*
Christopher J. Schwegmann (SBN 24051315)
Joshua Lang (SBN 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
Fax: (214) 981-3839
cschwegmann@lynnllp.com
jlang@lynnllp.com

Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

*/s/ John T. Cox III*
John T. Cox III (SBN 24003722)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel:  214.698.3226
Fax:  214.571.2900
TCox@gibsondunn.com
BHubbard@gibsondunn.com

L. Kieran Kieckhefer (pro hac vice)
Rachel S. Brass (pro hac vice)
Elizabeth McCloskey (pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
kkieckhefer@gibsondunn.com
emccloskey@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.229.7000
sliversidge@gibsondunn.com
cmccracken@gibsondunn.com
cwhittaker@gibsondunn.com

Douglas E. Litvack (*pro hac vice*)
Jariel A. Rendell (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Infosys Limited*

Jamie E. France (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Tel:   202.955.8500
JFrance@gibsondunn.com

*Attorneys for Cognizant TriZetto Software
Group, Inc. and Cognizant Technology
Solutions Corp.*

**APPROVED AND SO ORDERED.**

Dated this 20th day of May, 2026.

*/s/ Paul D. Stickney*
Paul D. Stickney
Appointed Special Master
Texas Bar No. 00789924
STICKNEY MEDIATIONS, PLLC
10270 Hillcrest Rd., Suite 1042
Dallas, Texas 75230 682-313-9656
judgestick@gmail.com

STIPULATION AND ORDER TO EXTEND TIME TO FILE SEALING BRIEFING
CASE NO. 3:24-CV-2158-X