# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

COGNIZANT TRIZETTO SOFTWARE
GROUP, INC.,

        Plaintiff,

        v.

INFOSYS LIMITED,

        Defendant.

INFOSYS LIMITED,

        Counterclaim Plaintiff,

        v.

COGNIZANT TECHNOLOGY
SOLUTIONS CORP. and COGNIZANT
TRIZETTO SOFTWARE GROUP, INC.,

        Counterclaim Defendants.

Case No. 3:24-cv-02158-X

The Honorable Brantley Starr

Magistrate Judge David L. Horan

Special Master Paul D. Stickney

## ORDER TERMINATING AS MOOT
## TRIZETTO'S MOTION TO COMPEL SUPPLEMENTAL RESPONSE TO
## <u>TRIZETTO'S INTERROGATORY NO. 11 (DKT. NO. 381)</u>

Upon consideration of the Parties' Second Supplemental Joint Report (Doc. No. 520) Regarding TriZetto's Motion to Compel Supplemental Response to TriZetto's Interrogatory No. 11 (Doc. No. 381), and all of the files, records, and proceedings herein, and the report stating the parties have resolved the remaining issues in this Motion, **IT IS HEREBY ORDERED** that TriZetto's Motion (Doc. No. 381) is **TERMINATED AS MOOT**.

**SO ORDERED.**

Dated this 21st day of July, 2026

/s/ *Paul D. Stickney*
Paul D. Stickney
Appointed Special Master
Texas Bar No. 00789924
STICKNEY MEDIATIONS, PLLC
10270 Hillcrest Rd., Suite 1042
Dallas, Texas 75230
682-313-9656
judgestick@gmail.com