UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| INFOSYS LIMITED., | § § § | |
| *Defendant.* | § § | Case No. 3:24-CV-2158-X |
| INFOSYS LIMITED, | § § § | |
| *Counterclaim Plaintiff,* | § § § | |
| v. | § § § | |
| COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC., | § § § § | |
| *Counterclaim Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 320). No objections were filed. The United States District Judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

1

**SO ORDERED** this 24th day of July, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE