**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>Defendant. | Case No. 3:24-cv-2158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan |
| INFOSYS LIMITED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Counterclaim Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2026 order, Dkt. 547, Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc., Counterclaim Defendant Cognizant Technology Solutions Corp. ("Cognizant"), and Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys") (together, "the Parties") jointly submit this joint status report "indicating how the Court's [Fed. R. Civ. P. 12(b)(6)] Order affects the merits and scope of the discovery and sealing motions the parties have filed to this point that are pending either before the Special Master or on review with the Court." Dkt. 547. The Parties met and conferred on August 14, 2026, regarding these matters and agree as to the following:

There are currently four sets of objections to the Special Master's findings and conclusions pending before the Court—Dkts. 425, 441, 497, and 498. Within these objections, the Parties agree that two issues are now moot. First, within Infosys's objections to the Special Master's findings regarding Interrogatory No. 14 and certain Rule 30(b)(6) topics, *see* Dkt. 441, the discussion regarding Topic 75, *see id.* at 2; Dkt. 442-1, at 24–25, is now moot as it relates solely to the predatory hiring theory now dismissed. Second, within Infosys's objection to the Special Master's findings concerning a deposition of Surya Gummadi, *see* Dkt. 498, the discussion regarding Mr. Gummadi's involvement in hiring Shveta Arora, *see id.* at 3; Dkt. 499-1, at 23–24, is now moot as it relates solely to the predatory hiring theory now dismissed. The Parties otherwise disagree as to the mootness of the remaining issues in these objections and stand on their current briefing.

Aside from these objections, thirty-two motions to seal (Dkts. 142, 191, 194, 195, 241, 242, 243, 244, 309, 314, 317, 332, 335, 337, 364, 365, 379, 380, 419, 420, 421, 422, 439, 460, 462, 463, 464, 465, 467, 495, 496, 518) remain before the Special Master, but all other discovery motions have been adjudicated. In addition, there are three objections-related motions to seal (Dkts. 514, 525, 526) pending before the Court. The Parties consent to having the Special Master adjudicate all pending motions to seal, as well as any further motions to seal filed regarding current or forthcoming objections. Should the Court agree, they will jointly deliver copies of Dkts. 514, 525, and 526 to the Special Master.

At this point, the Parties do not anticipate filing any further motions regarding fact discovery. The Parties anticipate the possibility of motions related to amendment or supplementation of expert reports.

Dated: August 18, 2026

*/s/ Christopher J. Schwegmann*

Christopher J. Schwegmann
State Bar No. 24051315
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
Fax: (214) 981-3839
cschwegmann@lynnllp.com

Brent Caslin (pro hac vice)
Nick Saros (pro hac vice)
Kelly M. Morrison (pro hac vice)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (pro hac vice)
Laura E. Pelanek (pro hac vice)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

Douglas E. Litvack (pro hac vice)
Jariel A. Rendell (pro hac vice)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel.: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Defendant and Counterclaim Plaintiff Infosys Limited*

Respectfully submitted,

*/s/ John T. Cox, III*

Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
emccloskey@gibsondunn.com

John T. Cox, III (SBN 24003722)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923 USA
Tel.: 214.698.3226
tcox@gibsondunn.com
bhubbard@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.229.7000
sliversidge@gibsondunn.com
cmccracken@gibsondunn.com
cwhittaker@gibsondunn.com

Jamie E. France (*pro hac vice)*
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500
jfrance@gibsondunn.com

*Attorneys for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp.*