**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>Defendant. | Case No. 3:24-cv-02158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan<br><br>Special Master Paul D. Stickney |
| INFOSYS LIMITED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Counterclaim Defendants. | |

**SPECIAL MASTER'S FINDINGS AND CONCLUSIONS ON COGNIZANT TRIZETTO SOFTWARE GROUP, INC.'S UNOPPOSED <u>MOTION TO SEAL PORTIONS OF JOINT APPENDIX (DOC. NO. 314)</u>**

The Special Master, having considered Cognizant TriZetto Software Group, Inc.'s (Cognizant) Unopposed Motion (Doc. No. 314) (the Motion), is of the opinion that the Motion should be GRANTED.

The Special Master has analyzed the items that Cognizant proposes to seal (Portions of Exhibit A4, and Exhibit A8 to the Joint Appendix filed in support of Infosys's Motion to Compel Production of Documents Over Which Cognizant Waived Its Privilege (Doc. No. 253-1)) (collectively, the Sealed Materials) under a document by document and line by line standard.

The Special Master agrees that the Sealed Materials (in particular, Exhibit 8, which is a privilege log) contain confidential business information, including information about which TriZetto sought legal advice, competitive business information, and non-party information. Disclosure of the information could result in competitive harm to Cognizant and/or non-parties. *See, e.g. Blue Yonder Grp., Inc. v. Kinaxis Inc.,* 2024 WL 4593005, at *5 (N.D. Tex. Oct. 28, 2024) (sealing documents that could cause competitive harm). Infosys does not oppose the motion, and the redactions are as narrowly tailored as possible.

The Special Master thus finds that Cognizant's Motion (Doc. No. 314) should be GRANTED. The unredacted version of the Joint Appendix (Doc. 253-1) of Infosys's Motion to Compel Production of Documents Over Which Cognizant Waived Its Privilege (Doc. No. 252), shall remain under seal.

SO ORDERED this 27th day of August, 2026.

/s/ *Paul D. Stickney*
Paul D. Stickney
Appointed Special Master
Texas Bar No. 00789924
STICKNEY MEDIATIONS, PLLC
10270 Hillcrest Rd., Suite 1042
Dallas, Texas 75230
682-313-9656
judgestick@gmail.com