**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>*Defendant*. | Case No. 3:24-cv-2158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan<br><br>Special Master Hon. Paul D. Stickney |
| INFOSYS LIMITED,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>*Counterclaim Defendants*. | |

**JOINT REPORT REGARDING SETTLEMENT NEGOTIATIONS**

Pursuant to the Court's January 16, 2026 Order Granting Stay and Resetting Case Schedule, Dkt. 201 (the "Order"), Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc., Counterclaim Defendant Cognizant Technology Solutions Corp. (collectively, "Cognizant"), and Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys") (together, "the Parties") jointly submit the following report regarding the status of settlement negotiations.

The Parties participated in a two-day, in-person mediation with Miles N. Ruthberg of Phillips ADR Enterprises on March 5 and 6, 2026, but the mediation did not result in a settlement agreement. *See* Dkt. 203. Some settlement negotiations continue, but no settlement has been reached.

Dated: September 14, 2026

Respectfully submitted,

By: */s/ John T. Cox III*

John T. Cox III (SBN 24003722)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: 214.698.3226
Fax: 214.571.2900
TCox@gibsondunn.com
BHubbard@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415.393.8200
Fax: 415.393.8306
RBrass@gibsondunn.com
EMccloskey@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213.229.7000
Fax: 213.229.7520
SLiversidge@gibsondunn.com
CMcCracken@gibsondunn.com
CWhittaker@gibsondunn.com

Jamie E. France (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036

By: */s/ Christopher J. Schwegmann*

Christopher J. Schwegmann
(SBN 24051315)
Joshua Lang (SBN 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
cschwegmann@lynnllp.com

Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

Douglas E. Litvack (*pro hac vice*)
Jariel A. Rendell (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001

Tel: 202.955.8500
JFrance@gibsondunn.com

*Attorneys for Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp.*

Tel: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Infosys Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the Northern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brent Caslin*
Brent Caslin