**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>Defendant. | Case No. 3:24-cv-02158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan<br><br>Special Master Paul D. Stickney |
| INFOSYS LIMITED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Counterclaim Defendants. | |

**JOINT MOTION TO APPROVE STIPULATION AND PROPOSED ORDER REGARDING SEALING CONFIDENTIAL MATERIALS SUBMITTED WITH SUMMARY JUDGMENT AND EXPERT MOTIONS**

Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. ("TriZetto"), Counterclaim Defendant Cognizant Technology Solutions Corp. ("CTS") (together, "Cognizant"), and Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys") (collectively, "the Parties"), through their undersigned attorneys, jointly move for this Court to approve the agreed Stipulation and Proposed Order Regarding Sealing Confidential Materials Submitted with Summary Judgment and Expert Motions. The Parties believe that the submission of omnibus sealing motions following completion of summary judgment and expert-related briefing would

conserve substantial party and judicial resources, and allow for a more orderly and efficient resolution of related confidentiality issues. Accordingly, the Parties jointly request that the Court grant this Joint Motion to Approve the Stipulation and Proposed Order Regarding Sealing Confidential Materials Submitted with Summary Judgment and Expert Motions.

Dated: September 16, 2026

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann
(SBN 24051315)
Joshua Lang (SBN 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
Fax: (214) 981-3839
cschwegmann@lynnllp.com
jlang@lynnllp.com

Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

Respectfully submitted,

*John T. Cox III*
John T. Cox III (SBN 24003722)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: 214.698.3226
Fax: 214.571.2900
TCox@gibsondunn.com
BHubbard@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
emccloskey@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.229.7000
sliversidge@gibsondunn.com
cmccracken@gibsondunn.com
cwhittaker@gibsondunn.com

Douglas E. Litvack (*pro hac vice*)
Jariel A. Rendell (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Infosys Limited*

Jamie E. France (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Tel: 202.955.8500
JFrance@gibsondunn.com

*Attorneys for Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

Dated: September 16, 2026

*/s/ Brent Caslin*
Brent Caslin

**CERTIFICATE OF CONFERENCE**

The undersigned attorney, as one of the attorneys of record for Infosys, has conferred with counsel regarding the filing of this document, and all parties are in agreement with the filing of this document.

Dated: September 16, 2026

*/s/ Kelly M. Morrison*
Kelly M. Morrison