**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>Defendant. | Case No. 3:24-cv-2158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan<br><br>Special Master Paul D. Stickney |
| INFOSYS LIMITED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Counterclaim Defendants. | |

**STIPULATION AND ORDER**
**REGARDING SEALING CONFIDENTIAL MATERIALS SUBMITTED WITH**
**SUMMARY JUDGMENT AND EXPERT MOTIONS**

Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. ("TriZetto"), Counterclaim Defendant Cognizant Technology Solutions Corp. ("CTS") (together, "Cognizant"), and Defendant and Counterclaim Plaintiff Infosys Limited ("Infosys") (collectively, "the Parties"), through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, the Parties have produced and received millions of pages of documents during discovery designated "Confidential," "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Source Code," or "Nonparty Highly Confidential – Outside Counsel and Experts Only" under the Amended Protective Order (Dkt. No. 174) (collectively "Confidential Material") by the producing party;

WHEREAS, pursuant to the established process in this case, the Parties have each filed requests to provisionally seal Court submissions containing material designated by the other party or a third party as Confidential Material, with each party that seeks sealing subsequently filing a motion explaining why it believes the Court should seal certain information;

WHEREAS, the Parties anticipate filing a significant amount of Confidential Material in connection with summary judgment and expert-related motions between September 23, 2026 and November 10, 2026;

WHEREAS, the Parties anticipate that significant portions of the Confidential Material submitted with summary judgment and expert-related motions will concern the same or similar issues and will thus require a similar analysis regarding the propriety of sealing;

WHEREAS, the Parties believe it would conserve party and judicial resources to brief the sealing issues associated with summary judgment and expert-related motions in omnibus sealing briefing filed after summary judgment motions and challenges to experts are fully briefed, rather than engaging in successive filings concerning the same or similar issues;

WHEREAS, the Parties will also perform an appropriate line-by-line review and propose narrowly tailored redactions and sealing for consideration by the Court; and

WHEREAS, the Parties consent to having their respective sealing motions adjudicated by the Special Master.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, SUBJECT TO THE APPROVAL OF THE COURT:

1. The Parties shall file all documents in connection with summary judgment motions and challenges to experts (due September 23, 2026), oppositions thereto (due October 20, 2026), and replies in support thereof (due November 10, 2026) under provisional seal, and need not submit further motions to file under provisional seal to do so.

2. On or before December 4, 2026, the Parties will file motions to seal the portions of the foregoing materials that each party contends should remain sealed.

3. On or before December 18, 2026, the Parties may file briefs opposing the other party's motion to seal.

4. Within one week of the Court issuing an order granting or denying the Parties' motions to seal, the Parties will file public versions of the foregoing materials, redacting only the portions that the Court has ordered shall remain permanently under seal.

5. The parties consent to having their sealing motions fully adjudicated by the Special Master with no further review by the United States District Judge or the United States Magistrate Judge, unless otherwise ordered by the Court.

Dated: September 16, 2026

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann
(SBN 24051315)
Joshua Lang (SBN 24109450)
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
Fax: (214) 981-3839
cschwegmann@lynnllp.com
jlang@lynnllp.com

Brent Caslin (*pro hac vice*)
Nick Saros (*pro hac vice*)
Kelly M. Morrison (*pro hac vice*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel.: (213) 239-5100
BCaslin@jenner.com
NSaros@jenner.com
KMorrison@jenner.com

Shoba Pillay (*pro hac vice*)
Laura E. Pelanek (*pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
SPillay@jenner.com
LPelanek@jenner.com

Douglas E. Litvack (*pro hac vice*)
Jariel A. Rendell (*pro hac vice*)
**JENNER & BLOCK LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
DLitvack@jenner.com
JRendell@jenner.com

*Attorneys for Infosys Limited*

Respectfully submitted,

*/s/ John T. Cox III*
John T. Cox III (SBN 24003722)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: 214.698.3226
Fax: 214.571.2900
TCox@gibsondunn.com
BHubbard@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: 415.393.8200
rbrass@gibsondunn.com
kkieckhefer@gibsondunn.com
emccloskey@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: 213.229.7000
sliversidge@gibsondunn.com
cmccracken@gibsondunn.com
cwhittaker@gibsondunn.com

Jamie E. France (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Tel: 202.955.8500
JFrance@gibsondunn.com

*Attorneys for Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp.*

**APPROVED AND SO ORDERED**.

Dated this 17th day of September, 2026

Brantley Starr
United States District Court Judge