**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>Defendant. | Case No. 3:24-cv-02158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan |
| INFOSYS LIMITED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Counterclaim Defendants. | |

**APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF COGNIZANT'S OPPOSITION TO INFOSYS'S OBJECTIONS TO THE SPECIAL MASTER'S FINDINGS AND CONCLUSIONS GRANTING IN PART AND DENYING IN PART COGNIZANT'S MOTION TO STRIKE (DKT. 628)**

Pursuant to Local Civil Rule 7.1(i), Counterclaim Defendant Cognizant Technology Solutions Corp. ("Cognizant") respectfully submits this Appendix of Documents in Support of the Cognizant's Opposition to Infosys's Objections to the Special Master's Findings and Conclusions Granting in Part and Denying in Part Cognizant's Motion to Strike.

| Exhibit No. | App'x | Description |
| --- | --- | --- |
| A | 1–4 | Declaration of Jamie France, dated September 22, 2026. |
| A1 | 5–49 | Supplement to the Expert Report of Paul Wong, Ph.D, served August 21, 2026.<br>**Filed Under Seal** |
| A2 | 50–74 | Supplemental Expert Report of Daniel P. Werner, Ph.D, CPA, served August 21, 2026.<br>**Filed Under Seal** |
| A3 | 75–108 | Excerpts of the deposition testimony of Paul Wong, Ph.D., deposition occurring on August 19, 2026.<br>**Filed Under Seal** |
| A4 | 109–124 | Excerpts of the deposition testimony of Daniel P. Werner, Ph.D., deposition occurring on August 27, 2026.<br>**Filed Under Seal** |

Dated: September 22, 2026

Respectfully submitted,

*By: /s/ John T. Cox III*

John T. Cox III (SBN 24003722)
Bradley G. Hubbard (SBN 24090174)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: 214.698.3226
TCox@gibsondunn.com
BHubbard@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415.393.8200
RBrass@gibsondunn.com
EMccloskey@gibsondunn.com

Samuel G. Liversidge (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
S. Christopher Whittaker (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel: 213.229.7000
SLiversidge@gibsondunn.com
CMcCracken@gibsondunn.com
CWhittaker@gibsondunn.com

Jamie E. France (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Tel: 202.955.8500
JFrance@gibsondunn.com

*Attorneys for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. and Counterclaim Defendant Cognizant Technology Solutions Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the Northern District of Texas, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and a true and correct copy of the foregoing instrument was served via electronic mail.

/s/ *Jamie E. France*
Jamie E. France

# Exhibit A

**BUTIN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED,<br><br>Defendant. | Case No. 3:24-cv-2158-X<br><br>The Honorable Brantley Starr<br><br>Magistrate Judge David L. Horan |
| INFOSYS LIMITED,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORP. and COGNIZANT TRIZETTO SOFTWARE GROUP, INC.,<br><br>Counterclaim Defendants. | |

**DECLARATION OF JAMIE FRANCE IN SUPPORT OF COGNIZANT TECHNOLOGY SOLUTIONS CORP.'S AND COGNIZANT TRIZETTO SOFTWARE GROUP, INC.'S OPPOSITION TO INFOSYS LIMITED'S OBJECTIONS TO THE SPECIAL MASTER'S FINDINGS AND CONCLUSIONS GRANTING IN PART AND DENYING IN PART COGNIZANT'S MOTION TO STRIKE (DKT. 628)**

I, Jamie France, hereby declare as follows:

1. My name is Jamie France. I am over 18 years of age. I am fully competent to make this declaration. Unless otherwise stated, all the facts stated herein are within my personal knowledge and are true and correct.

2. I am an attorney with the law firm Gibson, Dunn, & Crutcher LLP and counsel of record for Plaintiff and Counterclaim Defendant Cognizant TriZetto Software Group, Inc. ("TriZetto") and Counterclaim Defendant Cognizant Technology Solutions Corp. ("CTS")

(collectively, "Cognizant"). I am licensed to practice in New York and the District of Columbia, and I am admitted *pro hac vice* to this Court for this matter.

3. I make this declaration in support of Cognizant's Opposition to Infosys's Objections to the Special Master's Findings and Conclusions Granting in Part and Denying in Part Cognizant's Motion to Strike. *See* Dkt. 628. I and the attorneys I work with and supervise have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

4. Attached as **Exhibit A1** is a true and correct copy of the Supplement to the Expert Report of Paul Wong, Ph.D, served August 21, 2026.

5. Attached as **Exhibit A2** is a true and correct copy of the Supplemental Expert Report of Daniel P. Werner, Ph.D, CPA, served August 21, 2026.

6. Attached as **Exhibit A3** is a true and correct copy of excerpts of the deposition testimony of Paul Wong, Ph.D., deposition occurring on August 19, 2026.

7. Attached as **Exhibit A4** is a true and correct copy of excerpts of the deposition testimony of Daniel P. Werner, Ph.D., deposition occurring on August 27, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing information is to the best of my knowledge true and correct.

Executed on September 22, 2026.

*/s/ Jamie France*___
Jamie France

# Exhibit A1

## Filed Under Seal

# Exhibit A2

## Filed Under Seal

# Exhibit A3

## Filed Under Seal

# Exhibit A4

## Filed Under Seal