UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COGNIZANT TRIZETTO SOFTWARE GROUP, INC., *Plaintiff / Counterclaim Defendant*, | § | Civil Action No. 3:24-CV-2158-X |
| v. | § | |
| INFOSYS LIMITED, *Defendant / Counterclaim Plaintiff*. | § | |

**ORDER**

The Court **ORDERS** the parties to file a joint status report with the Court and the Special Master by October 2, 2026, indicating whether the parties consent to having their respective expert-related motions adjudicated by the Special Master. (Docs. 634, 636, 637, 640, 645, 646, 649, 650, 653). The Court will adjudicate the parties' respective motions for partial/summary judgment. (Docs. 633, 643).

**IT IS SO ORDERED** this 25th day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE